# GRANT NOTICE

### *Performance Award—Management Long-Term Incentive (LTI) Units*

KARL E HOEFER

| | | | |
|---|---|---|---|
| **GRANT DATE:** | Feb. 10, 2022 | **GOVERNING PLAN:** | **2021 Incentive Plan** |
| **TARGET NUMBER OF LTI UNITS GRANTED:** | 15,000 | **ROTCE PERFORMANCE PERIOD:** | **Three-year period 2022 thru 2025** |
| **VESTING DATE:** | May 12, 2025 | **VALUE OF LTI UNITS AT VESTING:** | **$10 per unit** |

You have been granted a long-term incentive ("LTI") unit award by First Horizon Corporation ("FH"). This award of LTI units is granted under the Governing Plan, and is governed by the terms and conditions of that Plan and by policies, practices, and procedures ("Procedures") of the Compensation Committee of FH's board of directors that are in effect during the performance and vesting periods. Also, this award is subject to the terms and restrictions of FH's stock ownership guidelines (if applicable to you) and Compensation Recovery Policy ("Policy") as in effect during the vesting period. Amendments to any of those documents after the Grant Date may apply to this award.

No part of this award is earned until that part vests. LTI units that have not been forfeited prior to the Vesting Date will satisfy the performance requirement of this award based on the extent to which the performance goals are achieved during the ROTCE Performance Period, all as set forth in Exhibit A to this Notice. Performance for this award in Exhibit A is based on FH's ranking of average annual return on tangible common equity ("A-ROTCE rank"), adjusted as provided in Exhibit A, relative to peers' average annual return on tangible common equity in the ROTCE Performance Period. The target number of LTI units granted is the number that would be paid if A-ROTCE rank is achieved at the median rank. Higher rank would result in a higher amount paid; a lesser number would be paid if a lesser rank is achieved; and, all LTI units would forfeit if the minimum non-zero A-ROTCE rank in Exhibit A (the bottom of the third quartile) is not achieved. The Committee will make appropriate adjustments of FH accounting numbers so that results are comparable across periods and will make final determinations of performance achievement and any final adjustments, all as provided or permitted by Committee action and the Governing Plan. LTI units that do not vest as a result of a failure to achieve A-ROTCE minimum performance level, as determined by the Committee, are forfeited automatically.

This award also is subject to possible reduction or forfeiture in advance of vesting in accordance with the Governing Plan, the Procedures, and the Policy. As of the Grant Date, the Procedures provide (among other things) that: (a) forfeiture generally will occur immediately upon termination of employment—you must remain continuously employed by FH or one of its subsidiaries through the close of business on the Vesting Date; but (b) if your termination of employment occurs because of your death or permanent disability, forfeiture will be avoided and vesting will be accelerated and (c) if your termination occurs because of approved retirement, forfeiture will be avoided and vesting will accelerate to the extent the approval so provides. Approved retirement before the first anniversary of grant results in full forfeiture of this award; however, in that case FH will pay you, in cash, the grant date value of the award to the extent provided in the approval. The Committee or its delegate will document death or determine whether disability or retirement status has been achieved and apply pro-rationing. LTI units may be suspended pending any such determinations and approvals. In any of those cases in (b), the non-forfeited LTI units will vest or not vest based on combined achievement of the performance goals over the time periods covered by this award.

To be considered for retirement approval, you must be either (i) at least age 65 with at least 5 years of service, or (ii) at least age 55 with at least 15 years of service. Retirement treatment must be approved by the Committee or its delegate; the Committee or its delegate may impose conditions to receiving such treatment; and the Committee may or its delegate deviate from zero forfeiture and/or full acceleration. The general requirements to approve retirement are described in the Procedures.

Other forfeiture provisions apply to this award. Currently the Governing Plan and Policy provide for forfeiture of this award or recovery of amounts paid if you engage in certain types of misconduct or if performance data is materially false or misleading and you are substantially responsible for its accuracy. This award is subject to forfeiture or recovery to the extent required by applicable capital conservation rules or other regulatory requirements. Also, this award will be forfeited, or if already vested you must pay in cash to FH the gross pre-tax value of the award, if during the restriction period applicable to this award: (1) you are terminated for Cause as defined in the Governing Plan; or (2) you, either on your own behalf or on behalf of any other person or entity, in any manner directly or indirectly solicit, hire, or encourage any person who is then an employee or customer of FH or any and all of its subsidiaries or affiliates to leave the employment

**EXHIBIT C**

of, or to end, diminish, or move any of his, her, or its accounts or relationships with, FH or any and all of its subsidiaries or affiliates. The restrictions in (2) apply only to employees who work in, and to customers which reside in or have a place of business in, one or more of the counties and parishes that comprise the "Territory" applicable to the year in which the Grant Date falls. A list of the counties and parishes that comprise the Territory for this award has been made available to you at the time you accept this award, and is available to you at any time on request (see the final paragraph of this notice). The restriction period for this award begins on the Grant Date and ends on the second anniversary of the Vesting Date. By accepting this LTI award, you acknowledge that FH may reduce or offset other amounts owed to you, including but not limited to wages, bonuses, or commissions owed, among other things, to satisfy any repayment obligation.

The Committee reserves the right, in its sole discretion, to waive forfeiture or accelerate vesting in whole or part. You have no right to any such discretionary waiver or acceleration. If a request for waiver were granted by the Committee or its delegate, only the units not covered by the waiver would forfeit.

This award is governed by the substantive laws of Tennessee, without regard to conflicts of laws principles. To the extent applicable to this award and to you, the forfeiture and recovery provisions of this award, and of the Policy and Procedures, may be limited by the laws of another state associated with where you live or work. If a court of competent jurisdiction determines that any of those provisions is unlawful or prohibited by law as applied to this particular award, then those provisions shall be deemed modified, reduced, or otherwise cut back to the minimum extent possible in order to preserve the original provision to the maximum extent possible, consistent with applicable state law as applied to this award and to you.

This award is not transferable. If explicitly permitted by the Committee and FH, you may make a beneficiary designation that will direct FH to treat your beneficiary as the owner of this award after you die. Any such designation, if permitted at all, will be effective only if done in compliance with the Procedures and the rules of FH's administrative vendor for awards in effect at the time of designation. Also, the effectiveness of designations will be subject to all conditions and limitations contained in the Procedures and in the rules of that vendor in effect at the time of your death.

Each LTI unit that vests and is paid will result in $10 being paid to you, subject to withholding taxes. Your LTI units will not accrue interest or other earnings. If within two years after vesting FH discovers an error in any amount vested or paid which, had it been known, would

have resulted in a change in the amount of 5% or more: if the error favored FH, FH will pay you the difference, subject to applicable taxes; or, if the error favored you, you must pay to FH an amount equal to the pre-tax difference.

This award is not fully vested until the performance and service requirements both are fulfilled. Performance vesting will occur when the Committee makes a final determination of the extent (measured as a percentage of Target) to which the combined performance goals of this award are achieved, as provided above and in Exhibit A. Service vesting—fulfillment of the requirement that you remain continuously employed with FH—will occur on the Vesting Date.

Vesting may be accelerated (at 100% of target) as provided in the Governing Plan and Procedures. You have no right to any acceleration of vesting or payment by action of the Committee.

If a Change in Control occurs and you experience a Qualifying Termination (all as defined in the Plan), then vesting and payment will be accelerated as provided in the Plan. The amount paid will be, without pro-rationing: (a) the Target number of units, if the Change in Control occurs before the end of the ROTCE Performance Period or the Committee is unable, for any other reason, to fairly determine actual performance results; or (b) the greater of the Target number of units or the number determined by the Committee based on actual A-ROTCE performance results, if the Change in Control occurs after the end of the ROTCE Performance Period and before the Vesting Date and if the Committee determines that it can fairly determine actual performance results. In the case of (b), payment may be reasonably delayed to allow the Committee to obtain information necessary to make its determinations.

If a Change in Control (as defined in the Plan) occurs before the end of the Performance Period and there is no Qualifying Termination, then this award may be modified, converted, or canceled by the Committee or otherwise without your consent. The Committee is permitted to exercise discretion in a Change in Control situation in different ways for different persons, and in different ways for different awards; however, in all cases the Committee will seek in good faith to avoid any significant diminishment or enlargement of value measured at the time of the Change in Control. The following two Change in Control scenarios, (A) and (B), illustrate the Committee's power in various situations. The scenarios illustrate possible outcomes; they do not limit the Committee's authority. In these scenarios the "Deal Value" of an FH common share is, as applicable, the dollar value per FH share paid to FH shareholders in the Change in Control transaction or the dollar value per FH share of the consideration received by FH shareholders in the Change in Control

transaction, measured at the time the Change in Control is consummated.

(A) If a Change in Control occurs before the end of the ROTCE Performance Period, the Committee may cancel this award in exchange for the pro-rated dollar value at that time of the Target number of LTI units, with pro-rationing based on the portion of the ROTCE Performance Period occurring prior to the Change in Control. If so cancelled, the performance goals would be waived with performance presumed at 100% of Target, and all vesting and payment would be accelerated. In that case the pro-rated number of units would be paid or credited (subject to withholding taxes) to you shortly before or after consummation of the Change in Control transaction.

(B) If a Change in Control occurs before the End Date (defined in Exhibit A), if FH's A-ROTCE performance cannot be determined (due to FH's failure to report audited financial results for all applicable years or otherwise), and if vesting of this award is not accelerated in connection with the Change in Control, then in that case FH agrees to do at least one of the following, in all cases as determined by the Committee in its discretion: (i) modify the A-ROTCE performance goal so as provide you with an opportunity to achieve performance based on the A-ROTCE rank of the surviving or acquiring company or some other appropriate performance measure based on ROTCE; or (ii) presume satisfaction of all performance goals at 100% of Target. In either case under this scenario, this award would continue to require your service through the Vesting Date.

The discretion provided to the Committee in the foregoing provisions is subordinate to any requirement of the Plan applicable to this award. If, before or after the Grant Date, you and FH enter into a written contract explicitly providing for the treatment of this award in connection with your termination or a Change in Control, the provisions of this award are subordinate to those explicit contractual provisions.

Vesting is a taxable event for you. FH will withhold cash at vesting in the amount necessary to cover your withholding taxes at that time. You are not permitted to make any election under Section 83(b) of the Internal Revenue Code of 1986, as amended, to include in your gross income for federal income tax purposes the value of the LTI units this year. If you make a Section 83(b) election, this award will forfeit.

**Questions about your LTI Award?**

Important information concerning the Governing Plan and this award is contained in a prospectus. Copies of the current prospectus (including all applicable supplements) are delivered separately, and you may request a copy of the Governing Plan or prospectus at any time. If you have questions about your award or need a copy of the Governing Plan, the related prospectus, or the current Procedures, please contact Fidelity's Stock Plan Services Representative at 800-544-9354. For all your personal incentive award information, you may view your award and other information on Fidelity's website at www.NetBenefits.com.

**FIRST HORIZON.**
CORPORATION

3 of 6

**2022 GRANT NOTICE**
**MEG PROGRAM LTI UNITS**

JAN/15353 v9.1

## 2022 LTI PERFORMANCE CRITERIA

The LTI units covered by this Grant Notice that you will earn will be based on: (a) FH's annual adjusted return on tangible common equity ratio ("A-ROTCE"), averaged over the ROTCE Performance Period, ranked against the annual reported return on tangible common equity ratio ("ROTCE") of each of the banks in the KRX Bank Group (specified below), also averaged over the ROTCE Performance Period; and (b) the Target Number of LTI Units Granted, as stated on the first page. Specifically, the number of units earned will be calculated as shown in the following Performance Grid. Explanations, including the definitions of certain terms, follow the Grid.

### PERFORMANCE GRID

| FH Rank vs. KRX Banks | A-ROTCE % | Units Earned |
|---|---|---|
| **Top quartile (>75th percentile)** | **150%** | **A-ROTCE % X Target # Units** |
| **Second and Third quartiles*** | **50% to 150%** | |
| **Bottom quartile (<25th percentile)** | **0%** | |

\* Results in this middle row are subject to straight-line interpolation based on rank as illustrated on the last page.

**Peer Group: KRX Banks**

The banks within the KBW Regional Bank Index (symbol KRX) on the Grant Date (the "Initial Banks"), reduced as described below, will comprise the group of banks (as a group, the "KRX Bank Group," and individually, a "KRX Bank") used to determine FH's A-ROTCE rank. On the Grant Date, FH is not part of the KRX Bank Group and is not among the Initial Banks.

*Events that Reduce the KRX Bank Group.* The KRX Bank Group used will exclude any Initial Bank which, after the Grant Date and on or before March 15 of the third year after the Grant Date (the "End Date"), no longer has a class of its common stock publicly traded for any reason except its Failure. Any such exclusion will reduce the size of the KRX Bank Group used to determine performance outcomes for this award.

*Effects of Certain Other Events.* If an Initial Bank, after the Grant Date, experiences Failure, that Initial Bank will not be excluded from the KRX Bank Group or reduce the Group's size, but will be treated as ranked last within the Group for all purposes of this award. If an Initial Bank continues to have a class of its common stock publicly traded at all relevant times but administratively cannot be ranked by the 20th trading day prior to the Vesting Date because of a lack of publicly available financial or stock price information, that Initial Bank will not be excluded from the KRX Bank Group or reduce the Group's size, but will be treated as if it experienced Failure and will be ranked last within the Group for purposes of this award. No bank added to the KBW Regional Bank Index after the Grant Date will be added to the KRX Bank Group for purposes of this award. No Initial Bank removed from the KBW Regional Bank Index after the Grant Date will be excluded from the KRX Bank Group unless exclusion is required as provided in *Events that Reduce the KRX Bank Group.* No redefinition or abandonment of the KBW Regional Bank Index after the Grant Date will affect the composition or size of the KRX Bank Group.

**A-ROTCE Calculation**

For each fiscal year in the ROTCE Performance Period, A-ROTCE for FH and ROTCE for each other KRX Bank will be calculated based on publicly reported audited annual financial information, all as approved by the Committee, subject to the adjustments below.

A-ROTCE for FH will be adjusted to exclude certain one-time items and accounting actions impacting FH; such adjustments will be the same as those used for purposes of the 2022 bonus opportunities established for executives under the Management Incentive Plan, other than those which are discretionary under tax rules or accounting guidance, or which are explicitly excluded from applying to LTI units. New equity issues during the ROTCE Performance Period will be excluded from FH's A-ROTCE.

Required adjustments are to be consistent with those used in FH's financial reporting during the ROTCE Performance Period. If FH's financial reporting practices are significantly revised during the ROTCE Performance Period, the Committee will determine how to calculate average A-ROTCE so that annual A-ROTCE numbers are reasonably comparable across all three years and adhere to the objective that any revenue, expense, or equity items required to be excluded from results, as constituted on the Grant Date, are to play as small a part as is reasonably practical in the outcome of the calculation.

ROTCE for each KRX Bank other than FH will be determined based on reported, unadjusted numbers. If any KRX Bank has a fiscal year other than the calendar year, initially or at any other relevant time, ROTCE for that Bank will be determined using annual and/or quarterly data, as available and appropriate and whether or not audited, so as to reasonably approximate three calendar-year ROTCE figures that can be averaged and compared to FH's average A-ROTCE.



**Ranking**

Average A-ROTCE for FH and average ROTCE for each other KRX Bank will determined for each of the three years in the ROTCE Performance Period. An arithmetic average of those ratios over the three years will be determined for FH and each bank. The KRX Banks (including FH) will be rank-ordered, from highest (#1) to lowest, based on the average A-ROTCE or ROTCE (as applicable) of each. FH's "A-ROTCE %" will be determined as provided in the Performance Grid above. A rank falling within the middle row of the Grid will be interpolated on a straight-line basis; see *Illustrations*.

**Other Defined Terms**

The "Fair Market Value" of a share of stock, on any given date, is the closing price for that stock reported on any nationally recognized financial reporting service, such as *The Wall Street Journal*, Yahoo Finance, or the primary stock exchange for the stock in question.

An "average" Fair Market Value, for purposes of this award, is a simple equal-weighted arithmetic average of each trading day's Fair Market Value within the period in question. Averages will not be weighted for trading volume.

The term "bank" includes any bank, thrift, other financial institution, or holding company.

An Initial Bank's "Failure" occurs when (i) an Initial Bank becomes voluntarily or involuntarily bankrupt or insolvent, or experiences a substantively similar financial collapse, whether or not it ceases operations or its stock ceases to trade publicly, or (ii) when an Initial Bank's Ending Value per Share is less than 20% of its Adjusted Initial Value or (iii) when an Initial Bank no longer has a class of common stock traded publicly due to its acquisition by another bank in a merger where the initially announced value per share to be paid to the shareholders of the acquired Initial Bank (for this purpose ignoring the opportunity for any post-closing contingent payments), based on a signed definitive merger agreement, is less than 20% of that Initial Bank's Adjusted Initial Value. The Committee will determine the announced value per share of a merger transaction based on the parties' public announcements shortly after signing a definitive merger agreement. If the parties announce only an aggregate value for all shares, the Committee will determine per-share valuation based on the fully-diluted shares of the Initial Bank being acquired as reported in its most recent annual or quarterly financial report prior to the time of announcement, notwithstanding that the merger transaction value per share differs from that used in the financial report to make fully diluted calculations.

The "Initial Value per Share" of a bank is the average Fair Market Value of its common stock over the twenty trading days starting with the trading day immediately after the Grant Date.

The "Adjusted Initial Value" of a bank is the lesser of (i) the Initial Value per Share, or (ii) the KRX-Normed Initial Value per Share.

The "Ending Value per Share" for a bank is the average Fair Market Value of its common stock over the twenty trading days ending on the End Date. If the End Date is not a trading day, the most recent prior trading day will be treated as the End Date.

The "KRX-Normed Initial Value per Share" of a bank is the Initial Value per Share increased or reduced in proportion to the aggregate percentage change (plus or minus) in the KBW Regional Bank Index (symbol KRX) over the period starting with the trading day immediately after the Grant Date and ending with the End Date. The initial and ending Index values used to calculate the percentage change each will be twenty-day averages calculated in a manner similar to that used for a bank's Initial Value per Share and Ending Value per Share. KBW Regional Bank Index numbers will be used as publicly reported.

A "merger" means a merger, consolidation, sale of substantially all assets, going-private transaction, or similar major corporate event.

**Other Matters**

Performance or failure to perform will be certified by the Committee no later than its regular meeting next following the Vesting Date.

The A-ROTCE % used in the Performance Grid will be rounded up or down to the nearest basis point (0.01%). The number of LTI units earned will be rounded down to the nearest whole unit. In all other respects, the Committee or its administrative delegate will approve all rounding and other calculation conventions and mechanics which will be applied as consistently as practicable over the applicable time periods. If, using such conventions and mechanics consistently applied, FH is tied with another KRX Bank in relation to average A-ROTCE/ROTCE, FH will be treated as the higher-ranked of the two.

Consistently with the Governing Plan, and in order to avoid substantial dilution or enlargement of economic value to the extent practicable: (i) the Initial Value per Share for a bank will be appropriately adjusted for any stock split, or any dividend paid in additional shares of common stock, that may occur on or before the End Date; and (ii) the Committee will approve an appropriate adjustment to the Initial Value per Share if any bank declares a dividend payable in the form of shares of another company (a "spin-off") where the Committee determines in good faith that the value of the spun-off company is at least 10% of the pre-spin value of that bank.

**Illustrations**

*KRX-Normed Calculation.* Assume an Initial Bank's Initial Value per Share is $20.00 and its Ending Value per Share is $3.95 (19.75% of the Initial Value). If, over the period specified above, the KBW Regional Bank Index changed +6%, that Initial Bank would be treated as having experienced Failure. However, if instead that Index changed −10%, that Bank would not be treated as a Failure since $3.95 is more than 20% of the Bank's Adjusted Initial Value per Share of $18.00 ($20.00 reduced by 10%).



*Illustrative Tables.* The following tables illustrate hypothetical A-ROTCE % outcomes assuming that there will be 49 KRX Banks or 46 KRX Banks, and taking into account that FH is not among the Initial Banks. In the 49-Bank illustration (50 Banks including FH), 12 Banks comprise each of the first and fourth quartiles, and 13 Banks comprise each of the second and third quartiles. In the 46-Bank illustration, 11 Banks comprise each of the first and fourth quartiles, 12 Banks comprise each of the second and third quartiles, and the median (100%) Bank is not counted as a quartile member. These are only illustrations; the actual performance percentage for a given rank will differ from the table below if the actual number of KRX Banks is other than 49 or 46.

### 49-KRX-Bank Illustration
**(FH would be treated as if it were a 50ᵗʰ Bank)**

*Blue = row is outside of 2ⁿᵈ or 3ʳᵈ quartile*

| FH Rank | A-ROTCE % | FH Rank | A-ROTCE % | FH Rank | A-ROTCE % | FH Rank | A-ROTCE % |
|---|---|---|---|---|---|---|---|
| $\geq 12$ | 150% | 19 | 126% | 26 | 98% | 33 | 70% |
| 13 | 150% | 20 | 122% | 27 | 94% | 34 | 66% |
| 14 | 146% | 21 | 118% | 28 | 90% | 35 | 62% |
| 15 | 142% | 22 | 114% | 29 | 86% | 36 | 58% |
| 16 | 138% | 23 | 110% | 30 | 82% | 37 | 54% |
| 17 | 134% | 24 | 106% | 31 | 78% | 38 | 50% |
| 18 | 130% | 25 | 102% | 32 | 74% | $\leq 39$ | 0% |

In this illustration, there is no median Bank (including FH in the rankings), so 100% payout is not possible.

### 46-KRX-Bank Illustration
**(FH would be treated as if it were a 47ᵗʰ Bank)**

*Blue = row is outside of 2ⁿᵈ or 3ʳᵈ quartile*

| FH Rank | A-ROTCE % | FH Rank | A-ROTCE % | FH Rank | A-ROTCE % | FH Rank | A-ROTCE % |
|---|---|---|---|---|---|---|---|
| $\geq 11$ | 150% | | | 24 | 100% | | |
| 12 | 150% | 18 | 125% | 25 | 95.83% | 31 | 70.83% |
| 13 | 145.83% | 19 | 120.83% | 26 | 91.67% | 32 | 66.67% |
| 14 | 141.67% | 20 | 116.67% | 27 | 87.50% | 33 | 62.50% |
| 15 | 137.50% | 21 | 112.50% | 28 | 83.33% | 34 | 58.33% |
| 16 | 133.33% | 22 | 108.33% | 29 | 79.17% | 35 | 54.17% |
| 17 | 129.17% | 23 | 104.17% | 30 | 75% | 36 | 50% |
| | | | | | | $\leq 37$ | 0% |

**FIRST HORIZON CORPORATION**

# THE TERRITORY

*Applicable to Long-Term Awards Granted in the Year 2022*

For purposes of grant notices used in 2022, the Territory consists of the following counties and parishes within the following states:

## ALABAMA

| | | | | |
|---|---|---|---|---|
| Baldwin | Lawrence | Mobile | Shelby | Tuscaloosa |
| Jefferson | Madison | Montgomery | Tallapoosa | |

## ARIZONA

Maricopa

## ARKANSAS

| | | | | |
|---|---|---|---|---|
| Benton | Grant | Lawrence | Randolph | Washington |
| Craighead | Jackson | Pulaski | Saline | |

## CALIFORNIA

| | |
|---|---|
| Alameda | Orange |

## COLORADO

El Paso

## FLORIDA

| | | | | |
|---|---|---|---|---|
| Broward | Jefferson | Monroe | Pasco | St. Johns |
| Collier | Lee | Orange | Pinellas | |
| Duval | Manatee | Osceola | Sarasota | |
| Hillsborough | Miami-Dade | Palm Beach | Seminole | |

## GEORGIA

| | | | | |
|---|---|---|---|---|
| Catoosa | Cobb | DeKalb | Fulton | Lumpkin |
| Cherokee | Coweta | Forsyth | Gwinnett | Wayne |

## HAWAII

Honolulu

## ILLINOIS

| | | | |
|---|---|---|---|
| Cook | DuPage | Lake | Will |

## INDIANA

| | |
|---|---|
| Marion | Monroe |

## KENTUCKY

| | |
|---|---|
| Calloway | Jefferson |

## LOUISIANA

| | | | | |
|---|---|---|---|---|
| Acadia | East Baton Rouge | Lafayette | St. Landry | Terrebonne |
| Allen | | Lincoln | St. Martin | Vermillion |
| Caddo | Iberia | Orleans | St. Mary | |
| Calcasieu | Jefferson | Ouachita | St. Tammany | |

## MICHIGAN

Manistee

## MINNESOTA

Hennepin

## MISSISSIPPI

| | |
|---|---|
| DeSoto | Tate |

## MISSOURI

| | |
|---|---|
| Jackson | Newton |

## NEW YORK

New York

## NORTH CAROLINA

| | | | | |
|---|---|---|---|---|
| Alamance | Cumberland | Graham | Mecklenburg | Stokes |
| Buncombe | Davidson | Granville | Moore | Surry |
| Burke | Davie | Guilford | New Hanover | Wake |
| Cabarrus | Durham | Henderson | Orange | Watauga |
| Caldwell | Forsyth | Iredell | Person | Wilkes |
| Catawba | Franklin | Lee | Randolph | Yadkin |
| Chatham | Gaston | Lenoir | Rowan | |

## NORTH DAKOTA

Cass

## OHIO

Delaware          Lorain

## OKLAHOMA

Tulsa

## PENNSYLVANIA

Monroe          York

## SOUTH CAROLINA

| | | |
|---|---|---|
| Charleston | Lexington | Spartanburg |
| Greenville | Richland | York |

## TENNESSEE

| | | | | |
|---|---|---|---|---|
| Blount | Hamblen | Loudon | Montgomery | Sullivan |
| Bradley | Hamilton | Macon | Putnam | Sumner |
| Carter | Hawkins | Madison | Roane | Washington |
| Cocke | Jackson | Marion | Robertson | White |
| Davidson | Jefferson | Marshall | Rutherford | Williamson |
| Fayette | Knox | Maury | Sevier | Wilson |
| Greene | Lawrence | McMinn | Shelby | |

## TEXAS

| | | | |
|---|---|---|---|
| Bexar | Dallas | Grayson | Travis |
| Colin | Forst Bend | Harris | |

## VIRGINIA

| | | | | |
|---|---|---|---|---|
| Accomack | Halifax | Martinsville (independent city) | Patrick | Virginia Beach City |
| Bedford | Henrico | | Powhatan | |
| Chesterfield | Henry | Northampton | Roanoke | |
| Franklin | | | | |

## WISCONSIN

Milwaukee
Waukesha

**M8GA5C4O**

**03/04/2022 05:04 PM U.S. Eastern Standard Time**

**ACCEPTED**