**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

325 Settlers Trace Blvd.
Suite 201
Lafayette, LA 70508
Telephone: 337-769-6582
Facsimile:  337-989-0441
www.ogletree.com

Andrew J. Halverson
337-769-6586
andrew.halverson@ogletree.com

January 9, 2026

***Via U.S. Mail and E-mail***
Karl Hoefer
106 Livingston Place
Metairie, LA 36831
khoefer@cox.net

RE:    Your Post-Employment Restrictive Covenant Obligations to First Horizon Corporation

Dear Mr. Hoefer:

My firm has been retained by First Horizon Corporation ("FHC") to confirm your compliance with restrictive covenants included within Grants of Management Restricted Stock Units ("RSUs"), Restricted Cash Units (Modified Retention Program, Annual Vesting) ("Retention RCUs"), and Performance Award - Long-Term Incentive Unit Grants ("LTIs") (collectively, "your Awards") that you received and acknowledged during your employment (see enclosed Grant Notices).  It is my understanding you resigned your position as Regional President on December 30, 2025, and have been recruited to join a start-up competing bank.

In accepting your Awards, you agreed that you would not:

either on your own behalf or on behalf of any other person or entity, in any manner directly or indirectly solicit, hire, or encourage any person who is then an employee or customer of FH or any and all of its subsidiaries or affiliates to leave the employment of, or to end, diminish, or move any of his, her, or its accounts or relationships with, FH or any and all of its subsidiaries or affiliates.

First Horizon takes these obligations very seriously and expects full compliance with the terms of your non-solicitation agreements and all other post-employment obligations you owe to FHC.

Please know that if you violate your restrictive covenants with FHC, First Horizon will pursue all equitable and monetary remedies and relief available to it, including, but not limited to, the claw back of $1,088,336.40 of your vested Retention RCU, RSU and LTI awards, calculated as "the gross pre-tax value of th[ese] award[s] measured at vesting."

EXHIBIT
F

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

January 9, 2026
Page 2

The enclosed Grant Notices explain that the "restriction period for each portion of this award begins on the Grant Date and ends on the second anniversary of the applicable Vesting Date." Given the vesting dates set forth in the enclosed Grant Notices, the majority of the employee and customer non-solicitation covenants within those Grants do not expire until May 2027.

You are hereby placed on notice to preserve evidence regarding the agreements referenced herein and your compliance or non-compliance with those agreements and other post-employment obligations. You have an obligation not to destroy, conceal, or alter any paper or electronic files and other data generated by and/or stored on your computers and storage media or any other electronic data such as voice mail, text messages or e-mail related to this matter, including any violations of your restrictive covenants.

Additionally, to the extent you have any of FHC's confidential information in your possession, custody, or control, you must deliver to me by January 18, 2026, all originals and copies of any such proprietary information that you obtained while employed at FHC. If you have provided or disclosed such information to any third party, you must also retrieve any and all originals and/or copies and/or derivatives of FHC's confidential information that you provided to any such third parties and return that information to me by the above-referenced deadline.

It is my sincere hope that you will honor and comply with your contractual and legal obligations to my client. Thank you for your anticipated cooperation.

Sincerely,

Andrew J. Halverson

AJH:bll
Enclosures