**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

325 Settlers Trace Blvd.
Suite 201
Lafayette, LA 70508
Telephone: 337-769-6582
Facsimile: 337-989-0441
www.ogletree.com

Andrew J. Halverson
337-769-6586
andrew.halverson@ogletree.com

```
┌─────────────┐
│  EXHIBIT    │
│     G       │
└─────────────┘
```

February 3, 2026

***Via U.S. Mail and E-mail***
Karl Hoefer
106 Livingston Place
Metairie, LA 36831
khoefer@cox.net

RE:    Your Violation of Your Post-Employment Restrictive Covenant Obligations to First
Horizon Corporation

Dear Mr. Hoefer:

It has come to my attention that, in blatant violation of your restrictive covenants, you recruited Brandon Boudreaux to leave his employment with First Horizon to join a competing bank, and that Mr. Boudreaux has, in fact, quit his employment with First Horizon to become this competitor's Commercial Group Manager for the Lafayette market. I also understand that you are actively recruiting First Horizon employees in Baton Rouge to leave their employment to work for this competitor. You must immediately cease and desist from such unlawful actions, as we consider our legal options, including filing suit against you and any persons acting in concert and coordination with you, for injunctive relief, money damages, and attorney's fees and costs, including claw-back of your recent incentive awards in excess of $1 million.

On January 9, 2026, I sent you via e-mail and delivery to your home a letter reminding you of your post-separation obligations to our client, First Horizon Corporation. Specifically, I notified you that your employee and customer non-solicitation restrictive covenants contained within the Grants of Management Restricted Stock Units ("RSUs"), Restricted Cash Units (Modified Retention Program, Annual Vesting) ("Retention RCUs"), and Performance Award - Long-Term Incentive Unit Grants ("LTIs") that you received do not expire until May 2027. These covenants preclude you from directly or indirectly soliciting, hiring, or encouraging any person who is then an employee or customer of First Horizon or any and all of its subsidiaries or affiliates "to leave the employment of, or to end, diminish, or move any of his, her, or its accounts or relationships with, FH or any and all of its subsidiaries or affiliates." You were on notice of your obligations and yet willfully and intentionally chose to violate them.

Your actions constitute a direct violation of your employee non-solicitation restrictive covenant with First Horizon. Accordingly, First Horizon hereby demands that you immediately cease

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

February 3, 2026
Page 2

and desist from further violating your restrictive covenants and comply with them for their stated durations.  I also remind you of your obligation to preserve all evidence regarding any violations of your restrictive covenant agreements with First Horizon.  You have an obligation not to destroy, conceal, or alter any paper or electronic files and other data generated by and/or stored on your computers and storage media or any other electronic data such as voice mail, text messages or e-mail relating to any violations of your restrictive covenants.

Finally, please know that First Horizon reserves all rights to pursue legal action against you to obtain your compliance with your restrictive covenants, including but not limited to obtaining injunctive relief, damages, clawback of the $1,088,336.40 you received pursuant to your vested RCU, RSU, and LTI awards, and attorney's fees and costs incurred in enforcing its rights under the restrictive covenants.

Sincerely,

Andrew J.  Halverson

AJH:bll
Enclosures