UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST HORIZON CORPORATION | CIVIL ACTION NO. 3:26-cv-00182 |
| VERSUS | JUDGE BRIAN A. JACKSON |
| KARL HOEFER and DMMS HOLDINGS, LLC | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

### RULE 12(b)(6) MOTION TO DISMISS

**NOW COME**, defendants, Karl Hoefer and DMMS Holdings, LLC, who respectfully submit this Rule 12(b)(6) Motion to Dismiss in response to the Complaint brought against them by plaintiff, First Horizon Corporation. As more fully shown in the Memorandum in Support filed concurrently herewith, the Complaint fails to state any claims against defendants and should be dismissed with prejudice.

**WHEREFORE**, defendants, Karl Hoefer and DMMS Holdings, LLC, pray that after due proceedings are had, this Rule 12(b)(6) Motion to Dismiss be granted and that the Complaint filed by plaintiff, First Horizon Corporation, against them be dismissed with prejudice and for such other and further relief as is appropriate under the circumstances.

*Signatures on following page*

Respectfully submitted,

/s/ Thomas M. Flanagan
Thomas M. Flanagan, T.A. (#19569)
Anders F. Holmgren (#34597)
Alixe L. Duplechain (#39167)
Jordan B. Redmon (#37272)
FLANAGAN PARTNERS LLP
201 St. Charles Avenue, Suite 3300
New Orleans Louisiana 70170
Telephone: (504) 569-0235
Facsimile: (504) 592-0251
tflanagan@flanaganpartners.com
aholmgren@flanaganpartners.com
aduplechain@flanaganpartners.com
jredmon@flanaganpartners.com

Attorneys for defendant, Karl Hoefer

/s/Joelle F. Evans
Kyle Schonekas, T.A. (#11817)
Joelle F. Evans (#23730)
Andrea V. Timpa (#29455)
Benjamin O. Flaxenburg (#37682)
SCHONEKAS EVANS McGOEY &
McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  504-680-6050
Facsimile:  504-680-6051
kyle@semmlaw.com
joelle@semmlaw.com
andrea@semmlaw.com
benjamin@semmlaw.com

Attorneys for defendant, DMMS Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Joelle F. Evans
JOELLE F. EVANS

2