UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FIRST HORIZON CORPORATION

                Plaintiff                 Civil Action No. 26-cv-00182-BAJ-EWD

versus                              District Judge Brian A. Jackson

                                      Magistrate Judge Erin Wilder-Doomes

KARL HOEFER and DMMS HOLDINGS, LLC

                Defendants.

## APPLICATION FOR PRELIMINARY INJUNCTION

COMES NOW Plaintiff First Horizon Corporation, by and through its attorneys, by way of this Application for Preliminary Injunction, who moves and requests of this Court, for the reasons set forth in the accompanying memorandum, to issue a preliminary injunction against Defendants Karl Hoefer and DMMS Holdings, LLC enjoining and restraining: (i) Defendant Karl Hoefer from soliciting, hiring, or encouraging, whether directly or indirectly, any person who is an employee of First Horizon or any and all of its subsidiaries or affiliates to leave their employment with First Horizon or any and all of its subsidiaries or affiliates; and (ii) Defendant DMMS Holdings, LLC, and its principals and agents, from acting in concert with Karl Hoefer to solicit, hire, or encourage any person who is an employee of First Horizon or any and all of its subsidiaries or affiliates to leave their employment with First Horizon or any and all of its subsidiaries or affiliates.

                Respectfully submitted,

                */s/ Andrew J. Halverson*
                Andrew J. Halverson, LA Bar No. 31184
                Michael C. Ledet, LA Bar No. 40430
                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
                325 Settlers Trace Blvd., Suite 201

1

Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: andrew.halverson@ogletreedeakins.com
michael.ledet@ogletreedeakins.com

***Attorneys for Plaintiff First Horizon Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

(   )   Hand Delivery              (   )   Prepaid U.S. Mail

(   )   Facsimile                  (   )   Federal Express

( X )   E-Mail                     ( X )   CM/ECF System

Lafayette, Louisiana, this 12th day of March, 2026.

*/s/ Andrew J. Halverson*
Andrew J. Halverson

2

95873303.v1-OGLETREE