UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FIRST HORIZON CORPORATION

               Plaintiff                          Civil Action No. 26-cv-00182-BAJ-EWD

versus                                   District Judge Brian A. Jackson

                                        Magistrate Judge Erin Wilder-Doomes

KARL HOEFER and DMMS HOLDINGS, LLC

               Defendants.

## [PROPOSED] PRELIMINARY INJUNCTION

Considering Plaintiff First Horizon's Application for Preliminary Injunction, the law, and the evidence, the Court finds Plaintiff has satisfied its burden of showing irreparable injury absent preliminary injunctive relief, a substantial likelihood of success on the merits, no adequate remedy at law, that the balance of hardships favors issuance of the requested preliminary injunction, and that granting the injunction will not disservice the public interest.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application for Preliminary Injunction is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that for the pendency of this action, a preliminary injunction is hereby entered enjoining and prohibiting Defendant Karl Hoefer from soliciting, hiring, or encouraging, whether directly or indirectly, any person who is an employee of First Horizon or any and all of its subsidiaries or affiliates to leave their employment with First Horizon or any and all of its subsidiaries or affiliates.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that for the pendency of this action, a preliminary injunction is hereby entered enjoining and prohibiting Defendant, DMMS Holdings, LLC, and its principals and agents from acting in concert with Hoefer to solicit, hire, or encourage any person who is an employee of First Horizon or any and all of its subsidiaries

or affiliates to leave their employment with First Horizon or any and all of its subsidiaries or affiliates.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with Federal Rule of Civil Procedure 65(c), Plaintiffs shall furnish security in the amount of $_____.

Issued this _____ day of _____, 2026, at _____ o'clock _.m, in Baton Rouge, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA