*Preliminary and Subject to Change Prior to Offering Memorandum*

# DMMS Purchaser, Inc.

## Confidential Private Placement Investor Presentation

January 2026

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 1 of 37

PLAINTIFF'S
EXHIBIT

**A**

Private and Confidential

# Important Information and Disclaimers

DMMS

## Important Information and Disclaimers

This disclaimer applies to this private placement investor presentation and the verbal or written comments of any person presenting it (collectively, this "Presentation"). This Presentation has been prepared solely for general informational purposes by DMMS Purchaser, Inc. (the "Company," "we," "us" or "our"), a Louisiana corporation, and is being furnished solely for general informational purposes by prospective investors considering participating in the potential private offering (the "Offering") of the Company's common stock, par value $0.01 per share (the "Securities").

This Presentation is not an offer to sell or a solicitation of an offer to buy these securities; no money or other consideration is being solicited, and if sent in response, will not be accepted. The Company is under no obligation to make an offering.

Certain slides describe potential post-Transaction opportunities, integration concepts, and anticipated initiatives. These items reflect an investment thesis and illustrative opportunities and are not intended to suggest that any securities are being issued as compensation for services. Any post-Transaction actions would be subject to consummation of the Transaction and the required approvals (including applicable shareholder and regulatory approvals) and would be implemented, if at all, through the appropriate governance and decision-making processes following Closing.

No representation or warranty as to the accuracy, completeness or fairness of such information is being made by the Company or any other person, and neither the Company, nor any of its affiliates nor any other person shall have any liability for any information contained herein, or for any omissions from this Presentation or any other written or oral information or communications transmitted or made available to the recipient by the Company or any of its affiliates or any other person in the course of the recipient's evaluation of the Company or the Offering. The Company reserves the right to withdraw or amend the Offering for any reason and to reject any prospective investment in the Securities, in whole or in part.

The Securities are not a bank deposit or bank account, and are not, and will not be, insured or guaranteed by the Federal Deposit Insurance Corporation (the "FDIC") or any other federal or state government agency. Neither the Securities, nor the Offering, nor the investment in the Securities has been approved or disapproved by the Securities and Exchange Commission, the FDIC, the Board of Governors of the Federal Reserve System or any other federal or state regulatory authority, nor has any authority passed upon or endorsed the merits of the Offering or the accuracy or adequacy of this Presentation. Any representation to the contrary is a criminal offense. The Securities referenced in this Presentation have not and will not be registered under the Securities Act of 1933, as amended(the "Securities Act") or any state securities laws, and may not be offered or resold absent registration or pursuant to an applicable exemption from registration under applicable law.

This Presentation is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation of such jurisdiction. In making an investment decision, prospective investors must rely on their own examination of the Company and the Securities, including the merits and risks involved. The Company is not providing any legal, business, investment, tax or other advice regarding an investment in the Securities. Prospective investors should consult with their own legal, tax, investment and accounting advisers with respect to the consequences of an investment in the Securities and whether such investor is legally permitted to purchase the Securities.

This Presentation shall not constitute an offer to sell or the solicitation of an offer to buy these securities, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful under the securities laws of any such state or jurisdiction.

In the event that we proceed with an Offering, any Securities sold will be subject to significant restrictions and limitations on their liquidity. Only potential investors who can bear the risk of an unregistered illiquid investment should consider an investment in the Securities described herein. The Securities will be offered to entities or individuals that (i) qualify as a "qualified institutional buyer" as defined in Rule 144A under the Securities Act or as an "accredited investor" as defined in Rule 501 under the Securities Act and (ii) agree to make the representations set forth in the subscription agreement (the "subscription agreement") with respect to the Securities.

For convenience, this Presentation uses "DMMS" as the project name and to refer to DMMS Holdings LLC, the entity leading due diligence and transaction planning with respect to the proposed acquisition of M C Bancshares, Inc. (the "Transaction"). The Securities described in this Presentation are expected to be issued by the Company, a newly formed, wholly-owned subsidiary of DMMS Holdings LLC formed for purposes of the Transaction. Prior to the consummation of the Transaction, the Company is expected to undertake no business activities other than actions incidental to the offering and the consummation of the Transaction, including receiving subscription proceeds and holding such proceeds in cash and cash equivalents, and the Company is not expected to conduct any operating business or hold operating assets (including goodwill) prior to the consummation of the Transaction.

The Company has authorized Keefe, Bruyette & Woods, Inc. and Performance Trust Capital Partners, LLC to act as its co-placement agents in the Offering.

You will be given the opportunity to ask questions of and receive answers from Company representatives concerning the Company's business and financial condition and the terms and conditions of the Offering, and the Company may provide you with additional relevant information that you may reasonably request to the extent the Company possesses such information or can obtain it without unreasonable effort or expense. Except for information provided in response to such requests, the Company has not authorized any other person to give you information that is not found in this Presentation. If such unauthorized information is obtained or provided, the Company cannot and does not assume responsibility for its accuracy, credibility, or validity.

By evaluating this Presentation, you acknowledge and agree that all of the information contained herein and other communications made in connection with this Presentation are confidential, that you will keep this information confidential, and that you will not use this information for other than informational purposes. You are also being advised that the U.S. securities laws restrict persons with material non-public information about a company obtained directly or indirectly from that company from purchasing or selling securities of such company or from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities on the basis of such information.

Neither this Presentation nor any part of it may be reproduced or redistributed, passed on, or the contents otherwise divulged, directly or indirectly, to any other person or published in whole or in part for any purpose without the prior written consent of the Company. The Company reserves the right to request the return of this Presentation at any time. The receipt of this Presentation does not create, nor is it intended to create, a binding and enforceable contract or commitment between the Company and any other party, and this Presentation may not be relied upon by any party as the basis for a contract or commitment to purchase the Securities.

In the event that we proceed with an Offering, we caution you that the information contained herein is intended only as an outline and summary that has been prepared to assist interested parties in making their own evaluations of the Securities. It does not purport to be all-inclusive or to contain all of the information that a prospective investor may desire or require. This Presentation does not include all of the information to be contained in the offering circular relating to the offer and sale of the Securities (the "Offering Circular"). Before making an investment in the Securities, prospective investors are urged to read the entire Offering Circular and to consult with their own legal, tax, investment and accounting advisers with respect to the consequences of an investment in the Securities. We are not providing you with any legal, business, tax or other advice regarding an investment in the Securities. Any purchase and sale of the Securities will be governed solely by the Offering Circular and the subscription agreement, and the information contained herein will be superseded in its entirety by such documents. In the event that any portion of this Presentation is inconsistent with or contrary to any of the terms of the Offering Circular and the subscription agreement, the Offering Circular and the subscription agreement shall control. Each potential investor should review Offering Circular and the subscription agreement and make such investigation as deemed necessary to arrive at an independent evaluation of an investment in the Securities described in this Presentation. The Securities will not be registered under the Securities Act for public sale and will be subject to significant restrictions and limitations on resale or transfer. Only potential investors who can bear the risk of an unregistered illiquid investment should consider investing in the Securities. Investments in the Securities are considered speculative and involve risks, and investors could experience an entire loss of principal.

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 2 of 37

2

*Private and Confidential*

# Forward-Looking Statements

DMMS

## Forward-Looking Statements

This Presentation contains forward-looking statements that involve substantial risks and uncertainties. Forward-looking statements are not statements of historical fact but instead are based on our present beliefs and assumptions and on currently available information.

Certain information contained in this Presentation constitutes forward-looking statements. Such forward-looking statements include, without limitation, statements relating to the Transaction, our plans for the combined organization, the proposed Securities offering and the use of proceeds therefrom, pro forma and projected financial information, forecasts and estimates, and anticipated key initiatives following the proposed capital raise. You can identify these forward-looking statements by the use of forward-looking terminology such as "may," "will," "might," "should," "expect," "endeavor," "anticipate," "project," "estimate," "intend," "continue" or "believe" or the negatives thereof or other variations thereon of comparable terminology.

Any forward-looking statements contained in this Presentation are based upon the historical performance of our proposed management team and on current plans, estimates, forecasts, and expectations in light of information currently available to us. The inclusion of this forward-looking information should not be regarded as a representation by us that the future plans, estimates or expectations contemplated by us will be achieved. Such forward-looking statements are subject to various risks, uncertainties and assumptions about future events, including those set forth under the heading "Risk Factors" in the Offering Circular, that may or may not be correct or necessarily take place and that are by their nature subject to significant uncertainties and contingencies, many of which are outside our control. The occurrence of any such factors, events or circumstances would significantly alter the results set forth in these statements.

References in this Presentation to integration concepts, organizational structure, hiring plans, leadership roles, or other initiatives reflect an investment thesis and illustrative planning assumptions only, are subject to change, and would be implemented, if at all, only following completion of the Transaction and required approvals. These statements are not intended to characterize any portion of the securities being offered as compensation for services.

The forward-looking statements made in this Presentation relate only to events as of the date of this Presentation. We do not undertake any obligation to publicly or otherwise update or review any forward-looking statement except as required by law, whether as a result of new information, future developments or otherwise. If one or more of these or other risks or uncertainties materialize, or if our underlying assumptions prove to be incorrect, our actual results may vary materially from what we may have expressed or implied by these forward-looking statements. We caution that you should not place undue reliance on any of our forward-looking statements. Furthermore, new risks and uncertainties arise from time to time, and it is impossible for us to predict those events or how they may affect us. Past performance is not necessarily indicative of future results and there can be no assurance that future results will achieve comparable results.

## Annualized, Pro Forma, Projected and Estimated Information; Statistics and Data

This Presentation contains certain annualized, pro forma, projected and estimated information, including projected pro forma information that reflects the Company's current expectations and assumptions related to this Offering and the use of proceeds and also related to the Transaction. This information does not purport to present the results that the Company will ultimately realize and is subject to the legal disclaimers contained in this Presentation. Annualized, pro forma, projected and estimated numbers are used for illustrative purpose only, are not forecasts and may not reflect actual results. Illustrative organizational charts, headcount or hiring timelines, integration plans, and similar planning materials are provided for discussion purposes only, may change materially, and are not commitments.

In addition, this Presentation may contain statistics and data that in some cases has been obtained or compiled from information made available by third-party service providers or other industry sources. The Company makes no representation or warranty, express or implied, with respect to the accuracy, reasonableness or completeness of such information or other information made available in connection with any further investigation of the Company. The Company believes that such information is accurate and that the sources from which it has been obtained are reliable. The Company cannot guarantee the accuracy of such information, however, and has not independently verified such information. The Company is not making any implied or express representation or warranty as to the accuracy or completeness of such information or of the information summarized herein or made available in connection herewith. The Company expressly disclaims any and all liability which may be based on such information, errors therein or omissions therefrom to the fullest extent permitted by applicable law.

## Non-GAAP Financial Measures

In addition to providing financial information based on accounting principles generally accepted in the United States ("GAAP"), this Presentation includes certain financial measures prepared other than in accordance with GAAP. These non-GAAP financial measures should be considered as supplemental in nature, should not be considered as a substitute for data prepared and presented in accordance with GAAP and should not be construed as being more important than comparable GAAP measures. For a reconciliation of the non-GAAP measures we use to the most comparable GAAP measures, see slide 33 of this Presentation. The Company does not, however, provide a reconciliation of certain forward-looking non-GAAP financial measures and projections to their most directly comparable GAAP financial measures because the Company is unable to provide, without unreasonable effort, a meaningful or accurate calculation or estimation of amounts that would be necessary for the reconciliation due to the complexity and inherent difficulty in forecasting and quantifying future amounts or when they may occur. Such unavailable information could be significant to future results.

Other companies may use similarly titled non-GAAP financial measures that are calculated differently from the way the Company calculates such measures or may use different non-GAAP financial measures to evaluate their financial condition or results of operations, either of which could reduce the usefulness of the non-GAAP financial measures contained in this Presentation as tools for comparison. You should understand how such other companies calculate their financial measures similar to, or with names similar to, the non-GAAP financial measures the Company has discussed herein when comparing such non-GAAP financial measures.

Case 3:26-cv-00182-BAJ-EWD   Document 9-3   03/12/26   Page 3 of 37

3

1/22/26, 4:05 PM

Firmex Viewer

*Private and Confidential*

DMMS

# Table of Contents



1  Offering Summary

2  Past Success by Management Team: IBERIABANK

3  M C Bank & Trust Company Overview

4  Due Diligence Review

5  Post-Transaction Strategy

4

Private and Confidential

# DMMS

## Offering Summary

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 5 of 37

Private and Confidential

# Offering Summary

DMMS

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 6 of 37

| | |
|---|---|
| **Company** | DMMS Purchaser, Inc. ("Company"), a newly formed, wholly-owned subsidiary of DMMS Holdings LLC<br><br>*Managed by Daryl Byrd as CEO & Chairman and Mark Tipton as President* |
| **Lead Investors** | [To Be Decided Upon] |
| **Placement Agents** | Keefe, Bruyette & Woods, *A Stifel Company*<br><br>Performance Trust Capital Partners, LLC |
| **Use of Proceeds** | Funding of cash consideration and transaction related charges for acquisition of M C Bancshares, Inc. ("MCBI")<br><br>Capital to support future growth – including teams currently engaged by DMMS Holdings LLC |
| **Acquisition Target** | MCBI<br><br>$479mm asset bank headquartered in Morgan City, LA with 10 branches across Louisiana |
| **Deal Value and Structure** | MCBI valued at $104.0mm at 1.32x P/TBV or $1,777.53 per share ("Per Share Cash Consideration")<br><br>45% cash consideration expected to MCBI shareholders in the aggregate; non-accredited MCBI shareholders to receive Per Share Cash Consideration and accredited MCBI shareholders will have the right to elect between Per Share Cash Consideration and continuing shares<br><br>Company shares to be exchanged for newly issued shares of MCBI at 1:1 exchange ratio<br><br>Definitive agreement was signed on 12/16/2025<br><br>Expected to close in the first quarter of 2026, subject to customary shareholder and regulatory approvals [1] |
| **Offering Summary** | Company to raise $200 to $250 million of common equity at $1,777.53 per share<br><br>Capital to support future growth following closing – including teams currently engaged by DMMS Holdings LLC |
| **Anticipated Closing** | First Quarter of 2026; the Offering closing will be subject to the receipt of the required regulatory approvals of the Merger [2] |

*Source: Company Documents, FactSet*
(1) Prior to Closing, DMMS Purchaser, Inc. is expected to hold only investor cash and not conduct business operations; Pre-Closing diligence and transaction planning are being undertaken by DMMS Holdings LLC and its advisors and consultants
(2) Minimum capital raise of $175 million required to close the MCBI acquisition

6

Private and Confidential

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 7 of 37

# DMMS

---

## Past Success by Management Team: IBERIABANK

---

1/22/26, 4:05 PM                                    Firmex Viewer

# Proven Incoming Executive Management Team

DMMS

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 8 of 37

**Daryl G. Byrd**
CEO & Chairman

Mr. Daryl Byrd is a veteran banking executive recognized for his long-term leadership and transformative growth strategies. As President and CEO of IBERIABANK for over two decades, he architected the institution's significant expansion before its landmark merger of equals with First Horizon. Prior to this, Mr. Byrd held senior executive roles at predecessors to SunTrust, Truist, and Bank One, establishing a reputation for deep expertise in commercial banking, strategic development, and value creation across the financial services sector. Mr. Byrd received his Bachelor of Science from Samford University in 1976 and an MBA from the University of Alabama at Birmingham in 1978.

**Mark W. Tipton**
President

Mr. Mark Tipton has been actively involved in the Banking Industry for over 40 years, having served in senior positions with regional banks in Texas and Georgia. In 2003, he co-founded Georgia Commerce Bank, where he was Chairman and CEO until it was acquired by IBERIABANK in 2015. He recently retired as the Georgia Regional President for First Horizon Bank. Mr. Tipton is a current member of Tulane University's Board of Trustees. He earned his Bachelor of Science from Tulane University's College of Arts and Sciences in 1978 and an MBA from Baylor University in 1981.

**Michael Brown**
Chief Operating Officer

Mr. Michael Brown brings significant experience as both a past board member and bank executive. His last executive position was President of First Horizon's general bank, including responsibility for commercial, private banking / wealth, and retail clients. Assets totaled approximately $60 billion across 13 states and 485 branches. Prior to this role, Mr. Brown was Chief Operating Officer for IBERIABANK with responsibility for managing all markets and related products. Assets totaled $31 billion. Mr. Brown has his Bachelor of Arts from Louisiana State University, an MBA from Tulane University, an MS in Accounting from The University of Texas at Dallas, and the Chartered Financial Analyst designation.

**M. Scott Price**
Chief Financial Officer

Mr. M. Scott Price is a distinguished financial executive with deep experience in corporate finance, accounting, and data analytics within the banking sector. Most recently, he served as the Chief Financial Officer of NewtekOne, Inc. and Newtek Bank, NA, where he managed finance for its specialized SBA lending operations and a deposit platform of approximately $1 billion. Mr. Price previously served as Chief Accounting Officer at IBERIABANK and held senior finance positions at First Horizon, Regions Financial, and AmSouth Bank, roles that underscore his proficiency in financial reporting, profitability analysis, and strategic financial management. Mr. Price received his Bachelor of Science in Business Administration and an MS in Accounting from Auburn University.

**Jack Deano**
Chief Technology Officer

Mr. Jack Deano is a veteran technology officer renowned for scaling IT infrastructure to support significant banking growth and innovation. As a key leader at IBERIABANK, he was instrumental in its transformation from a $1+ billion community bank to a $30+ billion regional institution, culminating in its merger with First Horizon Corporation. With a career spanning over four decades, including his recent tenure as Deputy Chief Information Officer at First Horizon and service on multiple technology advisory boards, Mr. Deano possesses deep expertise in core banking systems, operational technology, and strategic IT leadership. Mr. Deano holds an Associates of Science degree from Southeastern Louisiana University.

*Note: Titles and roles shown are illustrative planning assumptions and are subject to completion of the transaction and applicable approvals and documentation*

8

https://performancetrust.firmex.com/projects/8892/documents/1586/viewer                                8/37

*Private and Confidential*

# Continuing Management Team

DMMS



### Chris LeBato
Chief of Staff and Vice Chairman

Mr. Chris LeBato is a seasoned banking executive recognized for his extensive leadership across retail, business, and private banking. As President and CEO of M C Bank & Trust since 2021, he is responsible for shaping the bank's strategic vision and positioning it for sustained growth. Prior to assuming his current role, Mr. LeBato spent over a decade at IBERIABANK, rising to Retail Banking Executive for the Alabama, Louisiana, and Texas markets. He also held foundational leadership roles at AmSouth Bank. Throughout his career, Mr. LeBato has served on numerous nonprofit boards in the Greater New Orleans area and is the founder of the Northshore Collective Impact Fund. Collectively, his experiences reflect a proven ability to oversee multi-market banking operations while building, leading, and scaling high-performing teams. Mr. LeBato received his Bachelor of Science in Business Administration from Spring Hill College and a graduate-level certificate from the Pacific Coast Banking School at the University of Washington.

### Kenneth Nelkin
Lead Independent Director

Mr. Kenneth Nelkin is a highly respected Louisiana businessman with more than five decades of leadership across the oil and gas and maritime industries. A native of Morgan City, Mr. Nelkin comes from a family deeply rooted in community banking—his grandfather and uncle founded M C Bank in 1954. Mr. Nelkin began his career in the oil and gas industry, creating Candy Fleet, an offshore marine vessel company serving major energy operators throughout the Gulf of Mexico. Over the past 50 years, Mr. Nelkin has grown Candy Fleet into a recognized and resilient operator, navigating industry cycles, regulatory shifts, and evolving offshore needs. His longevity in the sector reflects deep operational expertise, disciplined financial management, and a strong reputation among industry partners. A well-known civic leader, Mr. Nelkin has been honored as a King of the Louisiana Shrimp & Petroleum Festival and has served on the board of the Offshore Marine Service Association, further demonstrating his influence within the marine services community. Mr. Nelkin joined the Board of Directors of M C Bank in 1993 and was elected Chairman in 2015, providing strategic leadership during periods of growth and transition. Mr. Nelkin attended Tulane University in New Orleans, LA.

*Source: Company Website*

9

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 9 of 37

*Private and Confidential*

# Illustrative Post-Closing Organizational Plan and Key Producers

DMMS





Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 10 of 37

*Note: Titles and roles shown are illustrative planning assumptions and are subject to completion of the transaction and applicable approvals and documentation*

10

*Private and Confidential*

# A Team with a History of Extraordinary Growth

DMMS

## 1999 – 2019

- Grew from $1.4bn in assets with a market cap of approximately $90mm to $31.7bn in assets and $3.9bn in market cap

- Remained nimble and acted decisively on transformational opportunities

- Completed 27 acquisitions representing 29 system integrations
  - 20 bank acquisitions and 1 branch purchase adding $15.5bn of loans and $13.1bn of deposits
  - Two asset management acquisitions
  - Four title company acquisitions

- Focused on talent, growth, earnings and efficiencies

- Generated total shareholder returns of nearly 1,000% over a 20-year period[1]

- 38th largest bank holding company in the U.S. prior to merger with First Horizon

- Strategic highlights
  - Relationship-driven commercial and private banking business
  - Market-centric, people-driven approach in attractive Southeast markets
  - Building long-term A-list client relationships through service and care
  - "Branch-lite" delivery model with focus on operating efficiency
  - Diversification across asset classes, business lines and geographies while maintaining strong credit profile

## Historical Financials

| | 1999 | 2019 | Growth (%) | CAGR (%) |
|---|---|---|---|---|
| Assets ($bn) | $1.4 | $31.7 | 2,226 | 17 |
| Loans ($bn) | $0.8 | $24.0 | 2,750 | 18 |
| Deposits ($bn) | $1.1 | $25.2 | 2,193 | 17 |
| Equity ($bn) | $0.1 | $4.3 | 3,601 | 20 |
| Market Capitalization ($bn) | $0.1 | $3.9 | 4,433 | 21 |
| Book Value Per Share | $14.90 | $78.37 | 426 | 9 |
| Tangible Book Value Per Share | $9.55 | $53.63 | 461 | 9 |
| Net Income to Common ($mm) | $9.5 | $368.0 | 3,762 | 20 |
| Employees (FTE) | 535 | 3,401 | 536 | 10 |
| Branches | 40 | 190 | 375 | 8 |
| Total Locations | 40 | 319 | 698 | 11 |

## Total Return (1999 – 2019)[1]



| IBKC[2] | S&P 500[3] | S&P 500 Bank[3] | NASDAQ BANK[4] |
|---|---|---|---|
| 982% | 224% | 153% | 255% |

*Source: Company Documents, Bloomberg*
*(1) Total Return calculated from December 1999 to December 2019 over a 20-year period*
*(2) IBKC Total Return data per FactSet*
*(3) S&P 500 and S&P 500 Bank Total Return data per S&P Global Market Intelligence*
*(4) NASDAQ BANK Total Return data per Bloomberg*

11

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 11 of 37

*Private and Confidential*

# IBERIABANK: Historical Business Line Overview[1]

DMMS

| | Description | Key Services Offered |
|---|---|---|
| **Commercial** | • Provided full range of services to small / medium businesses<br>• Traditional commercial client is typically around $5mm - $250mm in sales (or CRE equivalent)<br>• Separate specialty lending group focused on reserve-based lending (established 2009) | • Banking Services<br>• Business Lending<br>• Treasury Management<br>• Merchant Services<br>• Equipment Finance |
| **Private Banking** | • Catered to commercial client owners, executives and broad array of high net-worth customers<br>• Offerings materially enhanced by the acquisitions of Sabadell United and Gibraltar in 2017 | • Mortgage Lending<br>• Wealth Advisory<br>• Wealth Management |
| **Consumer** | • Provided full range of retail financial services to customers | • Banking Services<br>• Consumer Lending<br>• Residential Mortgage<br>• Investment & Retirement Services |
| **Virtual Banking** | • Targeted deposit clients in all 50 states through a digital experience<br>• Acquired from Sabadell and have since invested in growing this channel | • Online / Mobile Banking<br>• Mobile Deposits |

*Source: Company Documents*
*Note: Members of proposed management grew former bank with above business lines and intend to bring that experience to grow M C Bank & Trust post-closing of the Transaction*
*(1) For illustrative purposes only. Does not indicate the business lines that will be at M C Bank & Trust following the Transaction*

12

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 12 of 37

*Private and Confidential*

# IBERIABANK: Historical Business & Market Organization[3]

DMMS

Case 3:26-cv-00182-BAJ-EWD   Document 9-3   03/12/26   Page 13 of 37

| Regional President Structure | South Florida | NWC Florida | Louisiana & Texas | Alabama | Georgia | Arkansas & Tennessee | New York[1] | Carolinas |
|---|---|---|---|---|---|---|---|---|
| Market President Structure | Florida Keys<br>Miami-Dade<br>Palm Beach & Broward | Central Florida<br>Ft. Myers & Sarasota<br>Naples<br>North Florida<br>Tampa Bay | Lafayette<br>Baton Rouge<br>New Orleans<br>North Louisiana<br>SW Louisiana<br>Dallas<br>Houston | Birmingham<br>Huntsville<br>Mobile | Atlanta | Little Rock<br>North Arkansas<br>Memphis | New York | Charlotte<br>Greensboro<br>Greenville[2] |

| Products | |
|---|---|
| | Treasury Management |
| | Mortgage |
| | Wealth Management and Financial Services |
| | Equipment Finance |
| | SBA Lending |
| | Corporate Services |

| Other Business Verticals | IBERIA Capital / Civic Partners | Title Insurance | Energy Lending | Sports & Entertainment |
|---|---|---|---|---|

*Source: Company Documents*
(1) *New York only had a market president*
(2) *Greenville did not have a market president*
(3) *For illustrative purposes only. Does not indicate market, structure, products or verticals of M C Bank & Trust following the Transaction*

13

*Private and Confidential*

# IBERIABANK: Historic Loan Portfolio[1]

DMMS

## Loan Composition by Type (12/31/2019)



- Non-Owner Occupied CRE 26%
- Commercial & Industrial 27%
- Consumer & Other 11%
- Construction 5%
- Residential RE 20%
- Owner Occupied CRE 11%

**2019 Total Loans: $24.0 billion**

## Commercial Focus by Year

- ■ C&I
- ■ Own. Occ. CRE

| Year | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|------|------|------|
| Total | $3,500 | $4,097 | $4,726 | $5,932 | $5,971 | $7,099 | $6,998 | $7,770 |
| C&I | 60.7% | 63.9% | 64.3% | 62.3% | 60.9% | 63.2% | 65.0% | 67.1% |
| Own. Occ. CRE | 39.3% | 36.1% | 35.7% | 37.7% | 39.1% | 36.8% | 35.0% | 32.9% |

## Loan Composition by State (12/31/2019)

- Alabama 8%
- Texas 14%
- Georgia 6%
- Arkansas 5%
- Tennessee 2%
- New York 2%
- Carolinas 1%
- Other 6%
- Louisiana 21%
- Florida 34%

## Yield on Loans by Year

| Year | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|------|------|------|
| Yield | 6.49% | 5.49% | 5.02% | 4.56% | 4.50% | 4.67% | 5.02% | 4.98% |

*Source: S&P Global Market Intelligence; Financial data presented as the specified period end, or for the specified period*
*(1) For illustrative purposes only. Does not reflect loan portfolio composition or performance of M C Bank & Trust following the Transaction and is not indicative of future performance*

14

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 14 of 37



*Private and Confidential*

# IBERIABANK: Historic Deposit Portfolio[2]

DMMS

## Deposit Composition by Type (12/31/2019)



Retail Time Deposits 7%

Jumbo Time Deposits 10%

MMDA & Other Savings 39%

Demand Deposits 25%

**2019 Total Deposits: $25.2 billion**

NOW & Other Trans. Acct. 19%

## Cost of Deposits by Year



| Year | Cost |
|------|------|
| 2012 | 0.51% |
| 2013 | 0.33% |
| 2014 | 0.28% |
| 2015 | 0.31% |
| 2016 | 0.32% |
| 2017 | 0.42% |
| 2018 | 0.70% |
| 2019 | 1.10% |

## Deposits by State (6/30/2019)[1]



Louisiana 37%

Texas 7%

Alabama 6%

Georgia 5%

Arkansas 5%

Tennessee 1%

Florida 39%

## Noninterest Bearing Deposit Growth by Year

*($ million)*



| Year | Amount |
|------|--------|
| 2012 | $1,968 |
| 2013 | $2,576 |
| 2014 | $3,195 |
| 2015 | $4,352 |
| 2016 | $4,929 |
| 2017 | $6,210 |
| 2018 | $6,542 |
| 2019 | $6,320 |

*Source: S&P Global Market Intelligence; Financial data presented as the speciiied period end, or for the specified period*
(1) *Deposits by State per FDIC Summary of Deposit data*
(2) *For illustrative purposes only. Does not reflect deposit composition or performance of M C Bank & Trust following the Transaction and is not indicative of future performance*

15

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 15 of 37

Private and Confidential

Case 3:26-cv-00182-BAJ-EWD   Document 9-3   03/12/26   Page 16 of 37

# DMMS

## M C Bank & Trust Overview

*Private and Confidential*

# Franchise Overview

DMMS

## Branch Overview



**M C Bank & Trust Company (10)**
*Values represent deposits at each branch*

$9.6mm

$22.9mm

$10.5mm

$10.6mm

$0mm

$58.2mm

$198.4mm

$25.4mm

$37.2mm

$9.4mm

## Franchise Highlights

Headquarters: **Morgan City, LA**

Bank Founded: **1954**

Banking Offices: **10**

Employees: **98**

## Morgan City Market Share & Key Metrics

| **#3** Current Market Rank | **$261mm** Deposits in Market | **19.4%** Deposit Market Share |
|---|---|---|
| **6.0%** YoY Deposits in Market Growth | **46.1k** Total Population | **1.4%** YoY Market Share Increase |
| **68.3%** Percent of Franchise | **$61.5k** Median HHI | **6.8%** Proj. 5-year HHI Change |

*Source: S&P Global Market Intelligence; Deposit and market data as of 6/30/2025*

17

*Private and Confidential*

# M C Bank & Trust – Financial Summary

DMMS

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 18 of 37

| (Dollars in Millions) | At or for the Year Ended, | | | | At or for the Quarter Ended, | | |
|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2023 | 2024 | Q1 '25 | Q2 '25 | Q3 '25 |
| **Balance Sheet ($mm)** | | | | | | | |
| Total Assets | 374.8 | 382.2 | 442.4 | 431.0 | 443.4 | 472.4 | 478.8 |
| Gross Loans | 233.7 | 277.8 | 325.6 | 324.2 | 320.2 | 318.2 | 311.8 |
| Total Deposits | 297.0 | 291.7 | 308.5 | 342.9 | 354.2 | 382.3 | 386.6 |
| Tangible Common Equity [1] | 74.8 | 70.5 | 71.9 | 74.5 | 76.0 | 77.0 | 78.6 |
| **Balance Sheet Ratios (%)** | | | | | | | |
| Tangible Common Equity / Tangible Assets [1] | 20.0 | 18.5 | 16.3 | 17.3 | 17.2 | 16.4 | 16.5 |
| Tier 1 Leverage Ratio | 20.3 | 21.0 | 17.9 | 17.6 | 18.3 | 18.0 | 17.4 |
| Commercial Real Estate (CRE) / TRBC [2] | 154 | 174 | 189 | 173 | 166 | 163 | 148 |
| Loans / Deposits | 78.7 | 95.2 | 105.6 | 94.5 | 90.4 | 83.2 | 80.7 |
| **Profitability (%)** | | | | | | | |
| Return on Average Assets | 0.62 | 0.99 | 0.52 | 0.69 | 0.98 | 0.86 | 1.01 |
| Return on Average Equity | 2.9 | 5.2 | 3.0 | 4.1 | 5.7 | 5.0 | 6.1 |
| Net Interest Margin | 3.56 | 4.17 | 3.90 | 3.99 | 4.01 | 4.37 | 4.01 |
| Efficiency Ratio [1] | 77.9 | 68.8 | 75.0 | 78.2 | 71.7 | 76.1 | 68.3 |
| **Asset Quality (%)** | | | | | | | |
| Allowance for Credit Losses / Total Loans | 1.67 | 1.06 | 1.58 | 1.56 | 1.56 | 1.57 | 1.62 |
| NPAs / Assets (Excluding TDRs) | 2.13 | 0.67 | 0.57 | 0.51 | 0.54 | 0.30 | 0.88 |
| Net Charge-Offs / Average Loans | 0.19 | 0.51 | 0.01 | 0.08 | (0.02) | 0.00 | 0.04 |

*Source: S&P Global Market Intelligence and Company Documents; Financial data presented as the specified period end, or for the specified period*
(1) *These are non-GAAP financial measures; For additional information regarding non-GAAP financial measures, see "Non-GAAP Financial Measures"; For a reconciliation of the non-GAAP measures we use to the most comparable GAAP measures, see slide 33*
(2) *Commercial real estate per definition in regulatory guidance: includes non-owner occupied real estate, multifamily loans, construction and development loans and loans to finance commercial real estate, construction and land development activities not secured by real estate*

18



# Asset Quality

Private and Confidential

DMMS

**Allowance for Credit Losses / Total Loans (%)**

1.67% ('21), 1.06% ('22), 1.58% ('23), 1.56% ('24), 1.56% (Q1 '25), 1.57% (Q2 '25), 1.62% (Q3 '25)

**NPAs / Assets (Excluding TDRs) (%)**

2.13% ('21), 0.67% ('22), 0.57% ('23), 0.51% ('24), 0.54% (Q1 '25), 0.30% (Q2 '25), 0.88% (Q3 '25)

**Net Charge-Offs / Average Loans (%)**

0.50% ('16), (0.36%) ('17), 0.44% ('18), 0.26% ('19), 0.49% ('20), 0.19% ('21), 0.51% ('22), 0.01% ('23), 0.08% ('24), (0.02%) (Q1 '25), 0.00% (Q2 '25), 0.04% (Q3 '25)

*Source: S&P Global Market Intelligence and Company Documents; Financial data presented as the specified period end, or for the specified period*

19

Case 3:26-cv-00182-BAJ-EWD   Document 9-3   03/12/26   Page 19 of 37

*Private and Confidential*

# Asset Quality Detail

DMMS

## Third Party Loan Review Overview

- ❑ The most recent independent review was completed in August 2025 and **sampled 20%** of the commercial loan portfolio

- ❑ The review downgraded three loans, but **none from pass to non-pass**

- ❑ No underwriting deficiencies were noted

- ❑ **62%** of loan balances originated between 2022-2024

- ❑ The Bank's CRE concentration is **148%**, roughly half the regulatory threshold for heightened risk management

## Reserves / NPAs (%)



## Nonaccrual Account Detail (9/30/2025)

- ❑ Adj. Nonaccrual Loans[2] / Loans: **0.65%**
  - ❑ Adj. nonaccruals Loans[2] : **$2.0mm**

- ❑ 90-day Past Due / Loans: **0.00%**

- ❑ Adj. Nonaccrual Loans[2] / Reserves: **40.36%**

## Well-Reserved Institution

- ❑ The Bank's Q3' 25 ACL of 1.62% **ranked well above national median allowance** of 1.16% and Louisiana median peer allowance of 1.21% per third party loan review

- ❑ Q3 '25 Texas Ratio: **5.52%**

- ❑ Net charge-offs have been **< 10 bps** since 2023

*Source: S&P Global Market Intelligence and Company Documents*
*(1)  1 = Prime; 2 = Good Quality*
*(2)  Total nonaccrual loans less loans guaranteed by the U.S. government*

20

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 20 of 37

*Private and Confidential*

# Loan & Deposit Portfolio

DMMS



Loan Portfolio (09/30/25)

Deposit Portfolio (09/30/25)

**Loan Portfolio:**
- C&I: 26.8%
- Consumer & Other: 2.1%
- 1-4 Family: 15.2%
- Home Equity: 3.2%
- Commercial Real Estate[1]: 44.2%
- C&D: 8.5%
- **$312mm Total Loans**

**Deposit Portfolio:**
- MMDA: 33.2%
- Retail Time (<250k): 14.5%
- Jumbo Time (>250k): 11.4%
- Transaction Accounts: 30.3%
- Savings: 10.7%
- **$387mm Total Deposits**

| MRQ Yield on Loans: 7.05% | MRQ Cost of Deposits: 2.23% |
| --- | --- |
| CRE Concentration: 148% | MRQ Cost of Funds: 2.41% |
| C&D Concentration: 30% | Loans / Deposits: 80.7% |

*Source: S&P Global Market Intelligence*
*(1) Includes Owner-Occupied CRE, Non-Owner-Occupied CRE, and Multifamily Loans*

21

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 21 of 37

Private and Confidential

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 22 of 37

# DMMS

## Due Diligence Review

*Private and Confidential*

# Summary of Diligence Performed to Date

DMMS

## Key Diligence Stats

**Key Personnel Involved**
Michael Brown (COO)
Scott Price (CFO)
Jack Deano (CTO)
Jon Shanfield (Corp Dev)
Two Credit Consultants
Two Accounting Advisors
Legal Counsel

**Cumulative Diligence Calls & Meetings**

300+ Hours

**Total Documents Reviewed**

600 Files ➔ 1.2 GB

**Loan Portfolio Coverage**

91 Loans
19.5% by Count
41.8% by Commitment ($$)

## Summary of Key Findings

- Great Cultural Fit
- Solid Client Selection on Large Loans
- Annual Revenues of Target Clients $25mm or Less
- Integration Plan Focused on Outfitting for Growth
- Re-engineer Credit Process

## Areas of Diligence

 **Corporate & Organizational**

 **Financial Statements**

 **Loan Portfolio**

 **Deposits & Funding**

 **Securities Portfolio**

 **Legal & Regulatory**

**Information Systems**

Case 3:26-cv-00182-BAJ-EWD   Document 9-3   03/12/26   Page 23 of 37

23

*Private and Confidential*

# Two-Step Transaction Overview

DMMS

**① DMMS Holdings Capital Raise**





**② Subsequent Acquisition of MCBI**



Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 24 of 37

24

Private and Confidential

Firmex Viewer

# DMMS

## Post-Transaction Strategy

*Private and Confidential*

# Proven Commercial Banking Team in Premier Market

DMMS

## Atlanta MSA Deposit Market Share

| Institution Name | Rank | Assets ($bn) | Deposits ($000s) | Share (%) |
|---|---|---|---|---|
| Truist Financial Corp. (NC) | 1 | 543.9 | 59,117,809 | 24.7% |
| Bank of America Corporation (NC) | 2 | 3,403.7 | 48,139,346 | 20.1% |
| Wells Fargo & Co. (CA) | 3 | 2,062.9 | 37,888,076 | 15.8% |
| Synovus Financial Corp. (GA) | 4 | 60.5 | 14,270,348 | 6.0% |
| JPMorgan Chase & Co. (NY) | 5 | 4,560.2 | 12,944,751 | 5.4% |
| Ameris Bancorp (GA) | 6 | 19.9 | 8,682,982 | 3.6% |
| Regions Financial Corp. (AL) | 7 | 159.9 | 6,286,504 | 2.6% |
| Bank OZK (AR) | 8 | 41.6 | 5,494,122 | 2.3% |
| United Community Banks Inc. (SC) | 9 | 28.1 | 5,438,713 | 2.3% |
| SouthState Bank (FL) | 10 | 66.0 | 4,364,753 | 1.8% |
| The PNC Finl Svcs Grp (PA) | 11 | 568.8 | 4,253,232 | 1.8% |
| Renasant Corp. (MS) | 12 | 26.7 | 3,175,129 | 1.3% |
| MetroCity Bankshares Inc. (GA) | 13 | 3.6 | 2,995,844 | 1.2% |
| Fifth Third Bancorp (OH) | 14 | 212.9 | 2,430,932 | 1.0% |
| Georgia Banking Co. (GA) | 15 | 2.7 | 2,086,068 | 0.9% |
| First Citizens BancShares Inc. (NC) | 16 | 233.5 | 1,501,748 | 0.6% |
| United Bankshares Inc. (WV) | 17 | 33.4 | 1,312,956 | 0.5% |
| East West Bancorp Inc. (CA) | 18 | 79.7 | 1,268,121 | 0.5% |
| United Bank Corp. (GA) | 19 | 2.2 | 1,247,768 | 0.5% |
| First Horizon Corp. (TN) | 20 | 83.2 | 1,246,071 | 0.5% |
| **Total For Institutions In Market** | | | **224,145,273** | **93.5%** |

*New Team will be well-positioned to capitalize on opportunities in the highly desirable Atlanta market. The market has largely consolidated in the decade + post-GFC[2]*

Source: S&P Capital Global Market Intelligence; FDIC; Claritas, ATL.com, KnowAtlanta
Note: Deposit market data as of 06/30/25 annual FDIC survey
(1) Represents change over the time period; not annual percentage change
(2) Great Financial Crisis of 2008

## Atlanta MSA Supported by Attractive Economic Drivers

**Projected Population Change 2026–2031[1]**
- Atlanta MSA: **4.21%**
- Georgia: **3.70%**
- National: **2.58%**

**Population Change Since 2020[1]**
- Atlanta MSA: **6.48%**
- Georgia: **5.62%**
- National: **3.47%**

**2025 Median Household Income**
- Atlanta MSA: **$95,870**
- Georgia: **$83,364**
- National: **$86,657**

- Atlanta ranks as the **8th largest** MSA in the US
  - *One of the largest economies in the nation with a GDP over $500B*
- **150,000+** companies across metro Atlanta
  - *30+ Fortune 500 / 1000 companies*
  - *300+ global and North American headquarters*
- **World's busiest airport** by volume:
  - *110mm+ passengers, 63,000+ employees, $35bn+ annual economic impact*
- Atlanta ranked **#4** on Penske Truck Rental's Top Moving Destinations

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 26 of 37

26

*Private and Confidential*

# Metro Atlanta Consolidation Over the Past Decade

DMMS

| Annc. Date | Buyer Name | HQ State Name | HQ State | Target Total Assets ($MMs) | TE / TA (%) | LTM ROAA (%) | LTM ROAE (%) | NPAs / Assets (%) | Deal Value ($MMs) | Price / TBV (%) | Price / Earnings (x) | Core Dep. Prem.[1] (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/14/25 | First Community Corporation | SC | Signature Bank of Georgia | GA | 249 | 13.83 | 0.72 | 5.17 | 0.95 | 41.5 | 120.3 | 24.4 | 3.7 |
| 03/17/25 | MetroCity Bankshares, Inc. | GA | First IC Corporation | GA | 1,192 | 12.20 | 2.10 | 18.50 | 0.02 | 206.0 | 141.7 | 8.3 | 12.4 |
| 10/09/24 | Georgia Banking Company, Inc. | GA | Primary Bancshares Corporation | GA | 344 | 8.27 | 0.36 | 4.28 | 0.58 | 27.0 | 137.6 | 37.5 | 6.1 |
| 05/10/24 | United Bankshares, Inc. | WV | Piedmont Bancorp, Inc. | GA | 2,080 | 9.83 | 1.43 | 13.55 | 0.00 | 270.1 | 154.9 | 9.8 | 8.4 |
| 02/28/24 | Southern States Bancshares, Inc. | AL | CBB Bancorp | GA | 314 | 7.16 | 1.50 | 24.31 | 0.00 | 26.9 | 128.4 | 5.8 | 2.2 |
| 07/27/22 | The First Bancshares, Inc. | MS | Heritage Southeast Bancorporation, Inc. | GA | 1,713 | 6.85 | 0.83 | 9.09 | 0.22 | 207.6 | 179.8 | 15.0 | 6.9 |
| 07/25/22 | HomeTrust Bancshares, Inc. | NC | Quantum Capital Corp. | GA | 660 | 10.21 | 2.49 | 24.76 | 0.00 | 67.6 | 158.1 | 3.3 | 4.5 |
| 07/23/21 | SouthState Corporation | FL | Atlantic Capital Bancshares, Inc. | GA | 3,780 | 8.80 | 1.28 | 12.80 | 0.45 | 545.3 | 162.4 | 12.5 | 6.5 |
| 07/06/21 | Pinnacle Financial Corporation | GA | Liberty First Bank | GA | 183 | 7.79 | 0.80 | 8.27 | 0.60 | 19.1 | 134.3 | 11.3 | 3.4 |
| 09/24/19 | First Citizens BancShares, Inc. | NC | Community Financial HoldCo, Inc. | GA | 223 | 4.75 | 0.70 | 20.29 | 5.87 | 2.3 | NM | 2.2 | 4.5 |
| 08/20/19 | Community First Bancshares, Inc. | GA | ABB Financial Group, Inc. | GA | 308 | 10.71 | 0.96 | 9.20 | 0.53 | 40.3 | 158.1 | 14.9 | 9.4 |
| 02/07/19 | BB&T Corporation | NC | SunTrust Banks, Inc. | GA | 215,543 | 8.57 | 1.34 | 11.50 | 1.35 | 28,386.1 | 177.7 | 11.0 | 8.2 |
| 12/17/18 | Ameris Bancorp | GA | Fidelity Southern Corporation | GA | 4,812 | 8.57 | 0.98 | 11.32 | 0.95 | 756.8 | 176.4 | 16.0 | 16.7 |
| 04/24/18 | National Commerce Corporation | AL | Landmark Bancshares, Inc. | GA | 572 | 11.19 | 1.19 | 10.10 | 0.18 | 115.4 | 222.2 | 16.0 | 18.6 |
| 03/28/18 | Renasant Corporation | MS | Brand Group Holdings, Inc. | GA | 2,409 | 7.98 | 0.51 | 6.30 | 2.51 | 476.3 | 247.7 | 40.0 | 16.9 |
| 01/26/18 | Ameris Bancorp | GA | Hamilton State Bancshares, Inc. | GA | 1,787 | 10.59 | 0.82 | 6.90 | 0.31 | 405.0 | 204.7 | 27.1 | 16.7 |
| 06/01/17 | Charter Financial Corporation | GA | Resurgens Bancorp | GA | 167 | 10.96 | 1.14 | 9.87 | 0.00 | 25.5 | 159.6 | 13.4 | 9.8 |
| 08/31/16 | National Commerce Corporation | AL | Private Bancshares, Inc. | GA | 291 | 8.58 | 1.09 | 12.65 | 1.66 | 58.8 | 224.8 | 18.8 | 14.1 |
| 07/01/16 | Pinnacle Financial Corporation | GA | Independence Bank of Georgia | GA | 189 | 12.74 | 0.94 | 7.45 | 0.36 | 30.4 | 126.1 | 17.7 | 5.0 |
| 12/03/15 | Charter Financial Corporation | GA | CBS Financial Corporation | GA | 369 | 9.96 | 1.75 | 19.20 | 1.14 | 58.7 | 231.0 | 11.0 | 12.9 |
| 10/20/15 | Renasant Corporation | MS | KeyWorth Bank | GA | 392 | 11.27 | 0.81 | 7.26 | 0.36 | 58.7 | 133.1 | 18.8 | 5.6 |
| 10/19/15 | Bank of the Ozarks, Inc. | AR | Community & Southern Holdings, Inc. | GA | 3,860 | 10.85 | 0.58 | 4.71 | 1.06 | 799.5 | 193.0 | 38.4 | 17.5 |
| 05/15/15 | Hamilton State Bancshares, Inc. | GA | Highland Financial Services, Inc. | GA | 130 | 10.77 | 0.69 | 6.36 | 1.28 | 20.1 | 143.4 | 24.3 | 7.1 |
| 01/30/15 | Community & Southern Holdings, Inc | GA | Community Business Bank | GA | 149 | 13.05 | 0.70 | 5.39 | 0.35 | 27.4 | 140.9 | 27.0 | 9.4 |
| 12/08/14 | IBERIABANK Corporation | LA | Georgia Commerce Bancshares, Inc. | GA | 1,005 | 9.37 | 0.59 | 5.73 | 1.89 | 194.0 | 207.8 | 36.1 | 14.5 |
| | 25th Percentile | | | 236 | 8.42 | 0.70 | 6.33 | 1.21 | 27.2 | 138.4 | 11.0 | 5.3 |
| | Median | | | 392 | 9.96 | 0.94 | 9.20 | 0.53 | 58.8 | 158.9 | 16.0 | 8.4 |
| 25 Deals | 75th Percentile | | | 1,933 | 10.93 | 1.33 | 13.36 | 0.20 | 371.2 | 204.7 | 26.3 | 14.4 |

*Source: S&P Global Market Intelligence*
*Note: Bank M&A transactions from 12/08/14 - 12/27/25 with targets headquartered in the Atlanta-Sandy Springs-Alpharetta Metropolitan Statistical Area and Total Assets > $100 million; transactions without disclosed deal value or 100% ownership acquired were excluded.*
*(1) Core deposits calculated as total deposits less time deposit accounts with balances over $100,000 and foreign deposits*

27

Case 3:26-cv-00182-BAJ-EWD Document 9-3 03/12/26 Page 27 of 37

*Private and Confidential*

# Our Atlanta History

DMMS

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 28 of 37

**2003** – Georgia Commerce Bank Founded

**2015** – IBERIABANK acquired Georgia Commerce Bank

**2020** – First Horizon 'merger of equals' with IBERIABANK

**2024** – $1.42bn in deposits across 10 branches in the Atlanta MSA

*Source: S&P Global Market Intelligence*

28

*Private and Confidential*

# New Orleans Market Profile

DMMS

*In every market, relationships matter. Our team of New Orleans bankers has decades of proven, meaningful relationships with leaders and decision-makers at businesses and institutions, large and small, throughout the region*

## New Orleans, LA – Market Highlights

- New Orleans remains the **most populous city in Louisiana** and one of the **most populous cities in the Deep South,** underscoring its enduring role as a regional center
- Recognized as a national cultural hub and top tourist destination, New Orleans ranks among the most visited U.S. cities, welcoming **~20 million visitors annually** for its music, cuisine, and festivals
- New Orleans is the Gulf South's engine for higher education and healthcare, where top-tier universities and health systems concentrate talent, research funding, and advanced medical services for the broader region
- **Major employers in New Orleans**: Ochsner Health System, Entergy, Tulane University, Children's Hospital of New Orleans, University of New Orleans, Caesars Entertainment, Cox Communications
- Over **~75% of deposits** in the New Orleans-Metairie MSA are held by banks headquartered outside Louisiana

## Key Metrics

**New Orleans MSA**

| $35.1bn | 957.0k | $102.4bn | 10.0% |
|---|---|---|---|
| Deposits in Market | Total Population | Gross Domestic Product (GDP) | Projected Median HHI Growth through 2031 |

**Louisiana**

| $133.1bn | 4.6mm | $336.8bn | 10.1% |
|---|---|---|---|
| Deposits in Market | Total Population | Gross Domestic Product (GDP) | Projected Median HHI Growth through 2031 |

*Source: S&P Global Market Intelligence, Federal Reserve Bank of St. Louis, Point2Homes*

29

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 29 of 37



1/22/26, 4:05 PM    Firmex Viewer

https://performancetrust.firmex.com/projects/8892/documents/1586/viewer

*Private and Confidential*

# Transaction Summary

DMMS

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 31 of 37

**MCBI Purchase Summary**

- Up to $104.0 million aggregate purchase price to MCBI shareholders, or $1,777.53 per share
- Expected 45% cash consideration, 55% stock consideration, stockholders otherwise receiving stock have the option to receive all cash
- Cash consideration conveyed through exchange of MCBI legacy shares from shareholders who are non-accredited investors for $1,777.53 per share
- Remaining MCBI legacy shares have the option to remain outstanding, valued at $1,777.53 per share, equivalent to capital raise, or receive cash consideration
- 1.32x P / TBV multiple based on MCBI stated tangible common equity

**Capital Raise and Pro Forma Capitalization**

- Assumes $225.0 million capital raise by DMMS at $1,777.53 per share
- $9.2 million[1] equity contribution by DMMS management, 24,915 total share allocation
- DMMS shares exchanged for newly issued shares of MCBI at 1:1 exchange ratio
- Implied investor entry P/TBV of 1.33x, assuming full impact of deal charges and purchase accounting

| Pro Forma Capitalization | Shares | Equity Value ($mm) | Price ($) | Ownership |
|---|---|---|---|---|
| MCBI Legacy | 58,508 | $104.0 | $1,777.53 | 17.5%[3] |
| Estimated MCBI Exchanged for Cash Consideration | (26,329) | (46.8) | $1,777.53 | n/a |
| DMMS Management Contribution | 24,915 | 9.2 | $368.01 | 13.6%[2] |
| Shares Issued by DMMS in Capital Raise | 126,580 | 225.0 | $1,777.53 | 68.9%[2] |
| **Total** | **183,674** | **$291.4[4]** | | **100.0%** |

**Purchase Accounting and Other Adjustments**

- $6.5 million gross credit mark, reflecting 2.1% of loans or 1.3x estimated reserves
- $3.8 million loan interest rate mark, reflecting 1.2% of loans
- Core deposit intangible equal to 2.5% of non-time deposits
- $0.4 million deposit interest rate mark (equity write-up), reflecting 0.5% of time deposits
- $0.2 million purchase accounting mark on other liabilities (equity write-down)
- $11.0 million of after-tax deal charges; $6.0 million reduction to proceeds from capital raise related to advisor fee
- Assumes transaction closes 3/31/2026 for illustrative purposes

Note: Reflects preliminary projections per DMMS management as of 12/29/2025 and are subject to change
(1) Reflects $11.2 million investment less $1.9 million of expenses incurred to date
(2) The merger agreement allows for 100% of the MCBI shares to be exchanged for cash consideration in the merger, which would increase the ownership of DMMS Holdings, LLC and capital raise investors by 17.5%; 24,915 shares contributed by DMMS Holdings, LLC
(3) Presented net of estimated legacy shares repurchased as part of cash consideration
(4) Prior to impact of after-tax deal charges; does not include impact of intangible assets

31

# Pro Forma Balance Sheet

Private and Confidential

DMMS

| (dollars in thousands) | MCBI Est. 3/31/2026 | + | NewCo Est. 3/31/2026 | + | Net Merger Adjustments | + | Cash Out | + | Pro Forma Close |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Cash and due from banks | 97,866 | | 228,169 | | (13,841) | | (46,800) | | 265,394 |
| Securities | 47,860 | | | | - | | | | 47,860 |
| Loans and Leases | 315,624 | | | | (3,800) | | | | 311,824 |
| less: Allow for Credit Losses | (5,132) | | | | (1,400) | | | | (6,532) |
| Loans and Leases, net | 310,492 | | | | (5,200) | | | | 305,292 |
| PPE | 17,767 | | | | | | | | 17,767 |
| OREO | - | | | | | | | | - |
| Intangible Assets | 1,235 | | | | 27,377 | | | | 28,612 |
| Other Assets | 18,198 | | | | 2,493 | | | | 20,690 |
| **Total Assets** | **$493,417** | | **$228,169** | | **$10,829** | | **($46,800)** | | **$685,615** |
| **Liabilities** | | | | | | | | | |
| Deposits | 399,076 | | | | (444) | | | | 398,633 |
| FHLB Borrowings | 8,079 | | | | | | | | 8,079 |
| Other Liabilities | 4,379 | | | | 200 | | | | 4,579 |
| **Total Liabilities** | **$411,534** | | | | **($244)** | | | | **$411,291** |
| **Common Equity** | **$81,883** | | **$228,169** | | **$11,072** | | **($46,800)** | | **$274,324** |
| **Total Liabs and Equity** | **$493,417** | | **$228,169** | | **$10,829** | | **($46,800)** | | **$685,615** |
| Shares Outstanding (000s) | 58.5 | | 151.5 | | | | (26.3) | | 183.7 |
| **Cash & Securities/Total Assets** | **29.5%** | | **100.0%** | | | | | | **45.7%** |
| **Net Loans/ Total Assets** | **62.9%** | | | | | | | | **44.5%** |
| **Loans HFI/Deposits** | **79.1%** | | | | | | | | **78.2%** |
| **TCE/TA** | **16.7%** | | | | | | | | **35.8%** |
| **TBV Per Share** | **$1,378** | | | | | | | | **$1,338** |

Note: Reflects preliminary projections per DMMS management as of 12/29/2025 and are subject to change

32

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 32 of 37

Private and Confidential

# Summary Financial Projections

DMMS

## Key Assumptions

- ❑ Commercial loan originations
  - – FY 2026: $560mm[1]
  - – FY 2027: $760mm
  - – FY 2028: $1,015mm
  - – FY 2029: $685mm
  - – ~40% C&I and ~30% OO CRE throughout projections period
- ❑ 6.9% blended yield on new loan originations throughout the projections period
- ❑ Balanced funding strategy consisting of commercial relationship deposits, supplemented with market-rate time deposits
  - – Non-interest bearing deposits to increase from 20% of total deposits in 2026 to 24% by 2031
  - – ~35% of incremental deposits assumed to be time deposits
- ❑ 3.0% blended cost of incremental interest bearing deposits assumed
  - – Implied cost of total deposits of 2.25%
- ❑ 3.25% yield on cash and equivalents and 4.0% yield on securities assumed
- ❑ Heavy investment in back-office infrastructure and immediate hiring of producers; assumes four new offices in target markets
- ❑ Build out of additional products assumed to be complete in late 2026 and early 2027 (e.g; Treasury Management, PCard, Derivatives)
- ❑ Growth in noninterest bearing operating accounts expected to provide opportunity for expanded adoption of product offerings to generate fees on deposit accounts

| (in thousands except per share) | For the FYE 12/31, | | | | | |
|---|---|---|---|---|---|---|
| | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| **Summary Income Statement** | | | | | | |
| Interest Income | $ 46,965 | $ 97,036 | $ 159,804 | $ 218,444 | $ 247,689 | $ 260,048 |
| Interest Expense | 14,285 | 30,276 | 51,884 | 72,150 | 82,722 | 86,999 |
| Net Interest Income | $ 32,680 | $ 66,760 | $ 107,919 | $ 146,294 | $ 164,968 | $ 173,049 |
| Provision For Credit Losses | 4,546 | 11,957 | 12,509 | 9,679 | 7,638 | 4,255 |
| Noninterest Income | 4,332 | 6,864 | 11,690 | 15,437 | 17,684 | 19,505 |
| Noninterest Expense | 52,309 | 56,134 | 65,934 | 76,172 | 84,708 | 89,863 |
| *Compensation Expense* | *26,719* | *37,744* | *42,396* | *49,137* | *53,440* | *53,634* |
| *G&A and Other Expense* | *25,590* | *18,390* | *23,538* | *27,035* | *31,268* | *36,230* |
| Income Before Taxes | $ (19,842) | $ 5,532 | $ 41,166 | $ 75,880 | $ 90,306 | $ 98,436 |
| Income Taxes | (4,838) | 1,272 | 9,468 | 17,452 | 20,770 | 22,640 |
| Net Income After Tax | $ (15,004) | $ 4,260 | $ 31,698 | $ 58,427 | $ 69,536 | $ 75,796 |
| (+) Tax-Effected Merger Charges | 11,045 | - | - | - | - | - |
| Adjusted Net Income | $ (3,959) | $ 4,260 | $ 31,698 | $ 58,427 | $ 69,536 | $ 75,796 |
| *Annual Growth - %* | *(196.3%)* | *207.6%* | *644.1%* | *84.3%* | *19.0%* | *9.0%* |
| **Earnings Per Share** | $ (21.06) | $ 22.33 | $ 165.02 | $ 302.45 | $ 358.05 | $ 390.28 |
| **Shares Outstanding** | 188 | 191 | 192 | 193 | 194 | 194 |
| **Tangible Book Value Per Share** | $ 1,308.95 | $ 1,317.55 | $ 1,478.94 | $ 1,777.23 | $ 2,129.74 | $ 2,523.89 |
| **Adjusted ROAA** | (0.46%) | 0.26% | 1.22% | 1.66% | 1.70% | 1.73% |
| **Net Interest Margin** | 4.01% | 4.24% | 4.34% | 4.32% | 4.19% | 4.10% |
| **Efficiency Ratio** | 111.5% | 76.2% | 55.1% | 47.1% | 46.4% | 46.7% |
| **Fee Income / Revenue** | 11.7% | 9.3% | 9.8% | 9.5% | 9.7% | 10.1% |
| **NIE / Average Assets** | 6.02% | 3.39% | 2.54% | 2.16% | 2.07% | 2.05% |
| **Summary Balance Sheet** | | | | | | |
| Loans HFI | $ 900,387 | $ 1,613,875 | $ 2,545,212 | $ 3,098,564 | $ 3,228,941 | $ 3,335,870 |
| *Annual Growth - %* | *189.4%* | *79.2%* | *57.7%* | *21.7%* | *4.2%* | *3.3%* |
| Earning Assets | $ 1,185,142 | $ 1,961,626 | $ 3,013,491 | $ 3,761,764 | $ 4,104,028 | $ 4,332,491 |
| *Annual Growth - %* | *165.5%* | *65.5%* | *53.6%* | *24.8%* | *9.1%* | *5.6%* |
| Deposits | $ 977,291 | $ 1,758,717 | $ 2,802,444 | $ 3,509,465 | $ 3,792,649 | $ 3,951,730 |
| *Annual Growth - %* | *150.4%* | *80.0%* | *59.3%* | *25.2%* | *8.1%* | *4.2%* |
| Total Assets | $ 1,259,975 | $ 2,054,360 | $ 3,141,289 | $ 3,915,934 | $ 4,272,815 | $ 4,508,849 |
| Tangible Common Equity | $ 246,114 | $ 251,378 | $ 284,080 | $ 343,324 | $ 413,613 | $ 490,161 |
| **Loans HFI / Deposits** | 92.1% | 91.8% | 90.8% | 88.3% | 85.1% | 84.4% |
| **TCE / TA** | 20.0% | 12.4% | 9.1% | 8.8% | 9.7% | 10.9% |
| **Leverage Ratio** | 22.2% | 13.2% | 9.5% | 9.0% | 9.8% | 11.0% |
| **CET1 Ratio** | 26.0% | 15.0% | 10.9% | 10.8% | 12.5% | 14.3% |
| **Total RBC Ratio** | 26.9% | 16.2% | 12.0% | 12.0% | 13.7% | 15.5% |

*Note: Reflects preliminary projections per DMMS management as of 12/29/2025 and are subject to change*
*(1)    Presented for 9-month period from 3/31/2026 illustrative close through 2026-year end*

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 33 of 37

33

Private and Confidential

Case 3:26-cv-00182-BAJ-EWD    Document 9-3    03/12/26    Page 34 of 37

# DMMS

## Appendix

*Private and Confidential*

# Non-GAAP Reconciliations

DMMS

Case 3:26-cv-00182-BAJ-EWD   Document 9-3   03/12/26   Page 35 of 37

| (Dollars in Millions) | At or for the Year Ended, | | | | At or for the Quarter Ended, | | |
|---|---|---|---|---|---|---|---|
| | 2021 | 2022 | 2023 | 2024 | Q1 '25 | Q2 '25 | Q3 '25 |
| **Tangible Common Equity / Tangible Assets** | | | | | | | |
| Total Equity | $76.0 | $71.7 | $73.1 | $75.8 | $77.3 | $78.3 | $79.8 |
| Less: Goodwill and Intangibles | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) |
| **Tangible Common Equity (A)** | **$74.8** | **$70.5** | **$71.9** | **$74.5** | **$76.0** | **$77.0** | **$78.6** |
| Total Assets | $374.8 | $382.2 | $442.4 | $431.0 | $443.4 | $472.4 | $478.8 |
| Less: Goodwill and Intangibles | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) | (1.2) |
| **Tangible Assets (B)** | **$373.6** | **$380.9** | **$441.2** | **$429.8** | **$442.2** | **$471.1** | **$477.6** |
| **Tangible Common Equity / Tangible Assets (A) / (B)** | **20.0%** | **18.5%** | **16.3%** | **17.3%** | **17.2%** | **16.4%** | **16.5%** |
| **Efficiency Ratio** | | | | | | | |
| Noninterest Expense | $10.2 | $10.8 | $12.8 | $14.5 | $3.4 | $4.0 | $3.5 |
| Less: Amortization Expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Operating Expense (A)** | **$10.2** | **$10.8** | **$12.8** | **$14.5** | **$3.4** | **$4.0** | **$3.5** |
| Net Interest Income | $12.5 | $15.2 | $15.4 | $16.9 | $4.2 | $4.7 | $4.6 |
| Plus: Noninterest Income | 0.6 | 0.6 | 1.6 | 1.7 | 0.5 | 0.5 | 0.5 |
| **Operating Revenue (B)** | **$13.1** | **$15.7** | **$17.0** | **$18.6** | **$4.7** | **$5.2** | **$5.1** |
| **Efficiency Ratio (A) / (B)** | **77.9%** | **68.8%** | **75.0%** | **78.2%** | **71.7%** | **76.1%** | **68.3%** |

*Source: Company documents*

35

# DMMS Purchaser, Inc.

1/22/26, 4:05 PM

Firmex Viewer

https://performancetrust.firmex.com/projects/8892/documents/1586/viewer

37/37