UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FIRST HORIZON CORPORATION

|  |  |
|---|---|
| Plaintiff | Civil Action No. 26-cv-00182-BAJ-EWD |
| versus | District Judge Brian A. Jackson |
|  | Magistrate Judge Erin Wilder-Doomes |
| KARL HOEFER and DMMS HOLDINGS, LLC |  |
| Defendants. |  |

**MOTION FOR EXPEDITED DISCOVERY
AND MOTION FOR EXPEDITED CONSIDERATION**

COMES NOW Plaintiff First Horizon Corporation, by and through its attorneys, who pursuant to Rule 26(d) of the Federal Rules of Civil Procedure moves this Court for an order permitting both parties to immediately engage in discovery for the purpose of preparing for the hearing on First Horizon's Application for Preliminary Injunction.

Plaintiff First Horizon Corporation requests expedited consideration of this motion for timely completion of discovery in connection with First Horizon's contemporaneous and separate request under Rule 65 for a preliminary injunction. A memorandum in support is filed contemporaneously herewith.

/s/ Andrew J. Halverson
Andrew J. Halverson, LA Bar No. 31184
Michael C. Ledet, LA Bar No. 40430
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
325 Settlers Trace Blvd., Suite 201
Lafayette, LA 70508
Telephone: (337) 769-6582
Facsimile: (337) 989-0441
Email: andrew.halverson@ogletreedeakins.com
michael.ledet@ogletreedeakins.com

***Attorneys for Plaintiff First Horizon Corporation***

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been served to all known counsel of record in this proceeding by:

( )      Hand Delivery              ( )      Prepaid U.S. Mail

( )      Facsimile                 ( )      Federal Express

( X )      E-Mail                  ( X )      CM/ECF System

Lafayette, Louisiana, this 12th day of March, 2026.

*/s/ Andrew J. Halverson*
Andrew J. Halverson

95853338.v1-OGLETREE