UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FIRST HORIZON CORPORATION

    Plaintiff       Civil Action No. 26-cv-00182-BAJ-EWD

versus           District Judge Brian A. Jackson

             Magistrate Judge Erin Wilder-Doomes

KARL HOEFER and DMMS HOLDINGS, LLC

    Defendants.

## **ORDER**

Considering Plaintiff First Horizon's Motion for Expedited Discovery and Motion for Expedited Consideration,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motions are **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that both parties may immediately engage in discovery for the purpose of preparing for the hearing on First Horizon's Application for Preliminary Injunction.

Issued this _____ day of March, 2026, in Baton Rouge, Louisiana.


_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA